# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

GARY ZAGAMI, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

    v.

WOLFSPEED, INC., GREGG A. LOWE, AND
NEILL P. REYNOLDS.

      Defendants.

Civil Action No. 6:24-cv-01395-ECC-MJK

ORDER REGARDING CASE
SCHEDULE

WHEREAS, on March 3, 2025, Lead Plaintiffs and Defendants stipulated and agreed to a proposed scheduling order in the action captioned *Zagami v. Wolfspeed, Inc., et al.*, No. 6:24-cv-01395;

IT IS HEREBY ORDERED that:

a. Lead Plaintiffs shall file a Consolidated Amended Complaint no later than sixty (60) days after the date of this Order;

b. Defendants have leave of court to, and shall, file a Motion to Transfer no later than thirty (30) days after the filing of the Consolidated Amended Complaint;

c. Lead Plaintiffs shall file any opposition to Defendants' Motion to Transfer no later than thirty (30) days after Defendants' filing of a Motion to Transfer;

1

d.  Defendants have leave of court to, and shall, file any reply to Lead Plaintiffs' opposition to Defendants' Motion to Transfer no later than fifteen (15) days after the filing of Plaintiffs' opposition;

e.  Defendants shall file a Motion to Dismiss no later than sixty (60) days after the Court's ruling on Defendants' Motion to Transfer;

f.  Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss the Actions no later than sixty (60) days after Defendants' filing of a Motion to Dismiss;

g.  Defendants shall file any response to Lead Plaintiff's opposition to Defendants' Motion to Dismiss no later than forty-five (45) days after any opposition;

h.  All other deadlines are stayed; and

i.  Except as specifically set forth herein, all rights, claims and defenses of the parties are fully preserved.

**IT IS SO ORDERED.**

Dated: March 5, 2025

HONORABLE MITCHELL J. KATZ
UNITED STATES MAGISTRATE JUDGE

2