# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WOLFSPEED, INC., GREGG A. LOWE, AND NEILL P. REYNOLDS.<br><br>  Defendants. | Civil Action No. 6:24-cv-01395-ECC-MJK<br><br>**DEFENDANTS' NOTICE OF MOTION TO TRANSFER VENUE**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. § 1404(a) and upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Venue, Defendants Wolfspeed, Inc., Gregg A. Lowe, and Neill P. Reynolds (collectively, "Defendants") hereby move this Court to transfer the above-captioned matter to the United States District Court for the Middle District of North Carolina.

**PLEASE TAKE FURTHER NOTICE THAT,** on March 3, 2025, Defendants and lead plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed Alam (collectively "Lead Plaintiffs" and collectively with Defendants, "Parties") submitted a joint status update and proposed order regarding case schedule requesting permission to file this Motion to Transfer Venue. Dkt. No. 43. On March 5, 2025, the Court entered an order granting the Parties' proposed case schedule and granting Defendants leave to file this Motion to Transfer Venue. Dkt. No. 46. The order provided that Lead Plaintiffs shall file any opposition to Defendants' Motion to Transfer Venue no later than thirty (30) days after Defendants' filing of a Motion to Transfer, and that Defendants have leave to and shall file any reply to Lead Plaintiffs' opposition to Defendants' Motion to Transfer no later than fifteen (15) days after the filing of Plaintiffs' opposition. *Id.*

**PLEASE TAKE FURTHER NOTICE THAT,** the supporting papers for Defendants' Motion to Transfer Venue consist of:

1) Memorandum of Law in Support of Defendants' Motion to Transfer Venue;

2) Declaration of Kevin Speirits in Support of Defendants' Motion to Transfer Venue; and

3) Proposed Order Granting Defendants' Motion to Transfer Venue.

**PLEASE TAKE FURTHER NOTICE THAT,** Defendants respectfully request oral argument in the above-captioned action because it does not appear from the Court's reported decisions that the Court has previously addressed a securities litigation or a motion to transfer a securities litigation.

Dated: June 4, 2025

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno (*admitted pro hac vice*)
    New York Bar Number: 4347316
Tamar Kaplan-Marans (*admitted pro hac vice*)
    New York Bar Number: 4864385
Nicole Prunetti (*admitted pro hac vice*)
    New York Bar Number: 5570510

WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
Michael.Bongiorno@wilmerhale.com
Tamar.Kaplan-Marans@wilmerhale.com
Nicole.Prunetti@wilmerhale.com

*Counsel for Defendants Wolfspeed, Inc., Gregg A. Lowe, and Neill P. Reynolds*

2