# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>WOLFSPEED, INC., GREGG A. LOWE, AND NEILL P. REYNOLDS.<br><br>     Defendants. | Civil Action No. 6:24-cv-01395-ECC-MJK<br><br>**DECLARATION OF KEVIN SPEIRITS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE** |

I, Kevin Speirits, declare as follows:

1. I am the Interim Chief Financial Officer ("CFO") of Wolfspeed, Inc. ("Wolfspeed" or the "Company"). I joined Wolfspeed in June 2020 as Senior Vice President of Corporate Finance. The Board of Directors appointed me as Wolfspeed's Interim CFO in May 2025.

2. I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working for Wolfspeed, and review of information taken from records kept by Wolfspeed in the regular course of business. If called as a witness, I could and would testify as stated herein.

## Wolfspeed

3. Wolfspeed is a North Carolina corporation, with its corporate headquarters and principal place of business located at 4600 Silicon Drive, Durham, North Carolina, 27703.

4. Wolfspeed was incorporated in North Carolina as Cree, Inc. ("Cree") in 1987. On October 4, 2021, Cree changed its corporate name to Wolfspeed, Inc.

5. Wolfspeed is a developer, manufacturer, and innovator of wide bandgap semiconductors, focused on silicon carbide ("SiC") and gallium nitride ("GaN") materials and devices for power applications. Wolfspeed provides industry-leading solutions for efficient energy consumption and a sustainable future. Wolfspeed's product families include SiC materials and power-switching devices targeted for various applications such as electric vehicles, fast charging, 5G, renewable energy and storage, and aerospace and defense.

6. North Carolina is where the largest percentage of Wolfspeed's corporate officers and full-time U.S.-based employees work. Approximately 82% of Wolfspeed's domestic full-time employees are located in North Carolina.

1

7. In 2022, Wolfspeed opened a silicon carbide fabrication facility located at 5757 Marcy-SUNY IT Pkwy, Marcy, New York 13403 ("MVF"). The MVF is one of several manufacturing facilities owned and operated by Wolfspeed throughout the United States and globally. The MVF is the only facility owned and operated by Wolfspeed in New York.

### Individual Defendants

8. Gregg A. Lowe served as Chief Executive Officer and Director of Wolfspeed from September 27, 2017 through November 30, 2024.

9. Mr. Lowe resides in Cary, North Carolina. While employed at Wolfspeed, Mr. Lowe primarily worked at Wolfspeed's corporate headquarters in Durham, North Carolina or at his home in Cary, North Carolina.

10. Neill P. Reynolds served as Chief Financial Officer and Executive Vice President of Wolfspeed from August 27, 2018 through May 30, 2025.

11. Mr. Reynolds resides in Austin, Texas. While employed at Wolfspeed, Mr. Reynolds primarily worked from his home in Austin, Texas or at Wolfspeed's corporate headquarters in Durham, North Carolina. Mr. Reynolds also occasionally worked remotely from New York City where he maintains an apartment. While employed at Wolfspeed, Mr. Reynolds frequently traveled to Wolfspeed's corporate headquarters in Durham, North Carolina for Board of Directors meetings, earnings calls, customer events, government meetings, team meetings, town halls, and other ad hoc meetings and events. Mr. Reynolds has accepted a new employment position and plans to move to North Carolina in connection with that position in late 2025.

## Location of Relevant Events, Witnesses, and Documents

12.     Wolfspeed's annual and quarterly reports on U.S. Securities and Exchange Commission ("SEC") Forms 10-K, 10-Q, and 8-K and its press releases for 2023 and 2024 were prepared and issued from Wolfspeed's corporate headquarters in Durham, North Carolina. These filings often included Wolfspeed's financial projections. Aside from Mr. Reynolds, who occasionally worked remotely from New York City, no one who worked on those reports or press releases in 2023 and 2024 worked from or resided in New York.

13.     Wolfspeed initiated and conducted its earnings calls in 2023 and 2024 from Wolfspeed's headquarters in Durham, North Carolina. Mr. Reynolds participated in every earnings call at issue in the Amended Complaint from Wolfspeed's headquarters in Durham, North Carolina. Mr. Lowe participated in every earnings call at issue in the Amended Complaint from Wolfspeed's headquarters in Durham, North Carolina except for two, which he participated in remotely from San Francisco and New York City. Tyler Gronbach, Vice President of Investor Relations, also participated in every earnings call at issue in the Amended Complaint from Wolfspeed's headquarters in Durham, North Carolina. Aside from Mr. Reynolds, who occasionally worked remotely from New York City, no one who participated in or prepared materials for these earnings calls in 2023 and 2024 worked or resided in New York.

14.     Mr. Lowe, Mr. Reynolds, and Mr. Gronbach attended the following conferences on Wolfspeed's behalf: (1) the Morgan Stanley Technology, Media & Telecom Conference on March 4, 2024 in San Francisco; (2) the JPMorgan Global Technology, Media and Communications Conference on May 20, 2024 in Boston; and (3) the Citi Global TMT Conference on September 4, 2024 in New York City.

3

15. Wolfspeed's internal controls over financial reporting and disclosures have always been designed, reviewed, and evaluated by Wolfspeed's Internal Audit team. All Internal Audit team personnel work in and reside in Durham, North Carolina, except for one employee who resides in Rhode Island and one who resides in Texas. In 2023 and 2024, the Internal Audit team reported to Mr. Reynolds. Aside from Mr. Reynolds, who occasionally worked remotely from New York City, no one who designed, reviewed, or evaluated Wolfspeed's internal controls over financial reporting or disclosures in 2023 and 2024 worked from or resided in New York.

16. The current and former Wolfspeed employees mentioned by name in the Amended Complaint do not reside or work in New York. Current employee Matthew Bolick lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina. Current employee Hunter Lane lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina. Former employee Chuck Burnside lived in North Carolina and worked at Wolfspeed's headquarters in Durham, North Carolina during his employment. I (Kevin Speirits) primarily resided in and worked from Portland, Oregon during my tenure as Senior Vice President, Corporate Finance, and worked at Wolfspeed's headquarters in Durham, North Carolina for approximately two weeks each financial quarter. Following my appointment as Interim CFO, I will now split my time between Portland, Oregon and Durham, North Carolina.

17. To the best of my knowledge and belief, in addition to myself, the primary individuals who most likely will have knowledge concerning Wolfspeed's SEC filings, financial projections, and earnings calls, include the following, the vast majority of whom work and reside in North Carolina:

4

a. Chuck Burnside – Former Vice President, Corporate Finance. Mr. Burnside lives in North Carolina and worked at Wolfspeed's headquarters in Durham, North Carolina during his tenure at the Company.

b. Coco Chalfant – Vice President, Business Development. Ms. Chalfant lives in Tennessee and works at Wolfspeed's headquarters in Durham, North Carolina.

c. Jon Flaspoehler – Senior Director, Merger/Acquisition Integration. Mr. Flaspoehler lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina.

d. Renee Glenn – Vice President, Financial Governance & Systems; Former Corporate Controller. Ms. Glenn lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina.

e. Tyler Gronbach – Vice President, Investor Relations. Mr. Gronbach lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina.

f. Hunter Lane – Senior Finance Director, Power. Mr. Lane lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina.

g. Adam Lindemuth – Corporate Controller. Mr. Lindemuth lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina.

h. Gregg Lowe – Former Chief Executive Officer and Director. Mr. Lowe lives in North Carolina, and worked at Wolfspeed's headquarters in Durham, North Carolina, during his tenure at the Company.

i. Adam Milton – Senior Vice President, Global Manufacturing Operations. Mr. Milton lives in North Carolina and currently works at Wolfspeed's headquarters

5

in Durham, North Carolina. Mr. Milton lived in and worked remotely from New York during parts of 2023 and 2024.

j. Jim Oerth – Vice President, Operations at the MVF. Mr. Oerth primarily lives and works in New York.

k. Neill Reynolds – Former Chief Financial Officer and Executive Vice President. Mr. Reynolds lives in Texas and worked remotely from Texas and in-person at Wolfspeed's headquarters in Durham, North Carolina during his tenure at the Company. Mr. Reynolds also occasionally worked remotely from New York City. Mr. Reynolds intends to move to North Carolina in late 2025 in connection with new employment.

l. Karl Steffen – Vice President and Treasurer. Mr. Steffen lives in North Carolina and works at Wolfspeed's headquarters in Durham, North Carolina.

18. To the best of my knowledge and belief, all documents relevant to Wolfspeed's representations to the investing public concerning its financial condition and prospects or general financial reporting are generated, issued, and stored at Wolfspeed's principal place of business in Durham, North Carolina. Wolfspeed's servers containing potentially relevant electronically stored information are located primarily in Durham, North Carolina.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6

Date: June 4, 2025

 

                                                      Kevin Speirits, Interim Chief Financial Officer

7