| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WOLFSPEED, INC., GREGG A. LOWE, AND NEILL P. REYNOLDS.<br><br>Defendants. | Civil Action No. 6:24-cv-01395-ECC-MJK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE** |

# [PROPOSED] ORDER

Before this Court is Defendants' Motion to Transfer Venue. Upon due consideration, and for the convenience of parties and witnesses, and in the interest of justice, the Court **GRANTS** Defendants' Motion and **TRANSFERS** the above-captioned case to the United States District Court for the Middle District of North Carolina.

IT IS SO ORDERED

Date:

_____
HONORABLE ELIZABETH C. COOMBE
UNITED STATES DISTRICT JUDGE