# EXHIBIT 1

## Contact

www.linkedin.com/in/
lamesamikecpa (LinkedIn)

## Top Skills

Certified Public Accountant
Forecasting
Financial Analysis

## Certifications

Certified Public Accountant -Active

# Michael Welch, CPA

Assistant to the Controller, Fab Finance
Marcy, New York, United States

## Summary

I am a dynamic leader and collaborative team player with a passion for solving complex financial challenges. With diverse experience spanning financial reporting, budgeting, treasury, and business unit finance, I bring valuable insights that drive strategic decision-making.

I thrive on helping teams understand their financial data, identifying opportunities to optimize processes, and building scalable solutions. I believe in continuous improvement and enjoy diving into systems, processes, and models to enhance efficiency and accuracy.

As a finance and accounting professional and CPA, I excel at developing repeatable, scalable processes that drive long-term success.

## Experience

**Wolfspeed**
Finance
January 2022 - Present (3 years 6 months)
Marcy, NY

• Managed $200M in operating expenses, optimizing utilization calculations from 0% to 20% capacity to drive margin analysis.
• Led the process to secure $500M in state grants from New York, supporting factory expansion and long-term growth.
• Developed financial models to track $2.1B in capital, cash flow, and depreciation, enhancing financial forecasting.
• Identified and reduced material and spare costs by $1M per month, implementing scalable processes adopted company wide.
• Designed and enhanced company-wide BI reports for unit tracking, PO reporting, and cost trend analysis, improving financial visibility across divisions.

**San Diego State University**
Manager Financial Reporting
April 2017 - January 2022 (4 years 10 months)

Case 1:26-cv-00018-LAF-LPA    Document 62-1    Filed 07/07/25    Page 2 of 3

Greater San Diego Area

• Prepared GAAP-compliant financial statements, including statements of net position and revenue schedules.

• Managed $1.3 billion in capital assets, ensuring accurate adjustments and adherence to GASB and CSU standards.

• Achieved five consecutive years of "no findings" in financial audits.

• Supervised fixed asset accounting teams and led audit preparation processes.

## Qualcomm

18 years 6 months

### Staff Accountant (Principal)
August 2004 - September 2016 (12 years 2 months)
San Diego

• Managed $100M+ budgets across global teams, delivering key financial insights and analysis.

• Developed tools that improved process accuracy and reduced turnaround times by 24 hours.

• Allocated corporate inventory and purchase price variances across all divisions.

• Rotated through roles in treasury, payroll, general ledger, and business unit finance as part of Qualcomm's Finance Rotation Program.

### Manufacturing Supervisor
April 1998 - August 2004 (6 years 5 months)

Supervising 44 assemblers and technicians for various products.

Designed manufacturing process for testing of radio frequency front ends saving over $1M in capital expenses

---

# Education

### San Diego State University-California State University
Bachelor's Degree (BS) Cum Laude, Accounting

### Sante Fe Community College
Associate's Degree, Liberal Arts and Sciences, General Studies and Humanities