# EXHIBIT 2

## Contact

www.linkedin.com/in/neil-
reitmeyer-71b96614 (LinkedIn)

## Top Skills

Wafer Fab
Semiconductors
Business Intelligence

## Publications

Using SAS® and Microsoft Office to
Deliver Organizational Metrics

## Patents

MONITOR WAFER PURCHASE
AND CONTROLS DATABASE

METHOD AND APPARATUS FOR
SUPERVISING MANUFACTURING
TOOLS

# Neil Reitmeyer

Director Of Operations, Mohawk Valley Fab at Wolfspeed
Marcy, New York, United States

## Summary

Specialties: Material Logistics.   Production control and planning.
Short term scheduling and automated dispatching.  Semiconductor
manufacturing.
SAS Programming / Business Intelligence.
SAP / Oracle.
Lotus Domino Programming.
Microsoft Office SME.

---

## Experience

**Wolfspeed**
4 years 8 months

**Director Of Operations**
August 2022 - Present (2 years 11 months)
Marcy, New York, United States

**Fab Operations Manager**
November 2020 - August 2022 (1 year 10 months)
Marcy, New York, United States

**GLOBALFOUNDRIES**
FAB 10 Deputy Director of Manufacturing Operations
November 2014 - November 2020 (6 years 1 month)
East Fishkill NY

**IBM**
24 years

**Site Operations Facilities Manager.**
March 2014 - November 2014 (9 months)
East Fishkill, New York

Site gas engineering and operations.  Chemical distribution.  Emergency
services.

**Development Operations Manager**

Case 1:26-cv-00018-LAF-LPA     Document 62-2     Filed 07/07/25     Page 2 of 4

May 2011 - March 2014 (2 years 11 months)
East Fishkill, New York

Development Operations manager at IBM's 300mm Semiconductor Fabricator located in East Fishkill, NY.  Manage the bring up of a 40 person organization and command center to support 32nm, 22nm, and 14nm Development operations.

FAB OPs Engineering Manager
January 2006 - May 2011 (5 years 5 months)

FAB OPs Engineering manager at IBM's 300mm Semiconductor Fabricator located in East Fishkill, NY.  Manage FAB short term scheduling, automated dispatching, flow management, logistics reporting, and business intelligence reporting.

Control Center Manager
March 2004 - January 2006 (1 year 11 months)

Development of 300mm Control Center On Demand strategies.  Managed 15 to 20 employee's personal and development needs while maintaining high levels of motivation and moral.  Managed budgets, introduced and maintained innovative Control Center processes, and coordinated relationships with manufacturing and engineering customers.  Managed daily Production Control business processes.

Manufacturing Manager
January 1997 - March 2004 (7 years 3 months)

Managed 10 - 32 manufacturing employees overseeing the installation, qualification, and ramp of RIE, CMP, Thin Film and Diffusion tools in the 300mm FAB.  Planned strategies to reduce costs, improve quality, and meet future requirements.  Responsible for schedules, meeting deadlines, and producing quality work.

Semiconductor Technician
December 1990 - January 1997 (6 years 2 months)

———

# Education

Marist College
BS, Technology Management · (2005 - 2010)

Lincoln Technical Institute
AS, Electronics Technology · (1989 - 1990)

Case 1:26-cv-00018-LAF-LPA    Document 62-2    Filed 07/07/25    Page 3 of 4