# EXHIBIT 3

## Contact

www.linkedin.com/in/
douglascollignon (LinkedIn)

## Top Skills

Inventory Control
Microsoft Excel
Time Management

## Languages

English (Native or Bilingual)

## Honors-Awards

Bravo Award
Foundry Excellence Award
Bravo Award
Bravo Award
Bravo Award

# Doug Collignon

Sr Fab OPs Manager - Mohawk Valley Fab
Staatsburg, New York, United States

## Summary

I am a team player with a passion for improvement and success. I can quickly learn anything and envision where changes are needed to make your business more efficient and thus more profitable.

My organizational skills have led me to be successful in program management with a focus on continuous improvement. I have led and been a critical member of numerous Lean activities to eliminate wasted energy, resources and money to get the job done quicker and competently.

## Experience

### Wolfspeed
4 years 2 months

Sr Fab OPs Manager - Mohawk Valley Fab
August 2023 - Present (1 year 11 months)
Marcy, New York, United States

Production Control Manager
May 2021 - August 2023 (2 years 4 months)
Marcy, New York, United States

### GLOBALFOUNDRIES
5 years 11 months

Manager of New Product Introduction & Production Control
August 2019 - May 2021 (1 year 10 months)
East Fishkill, NY

Production Plan & Control
July 2015 - August 2019 (4 years 2 months)
United States

### IBM
14 years 7 months

Case 1:26-cv-00018-LAF-LPA     Document 62-3     Filed 07/07/25     Page 2 of 4

### 300mm Manufacturing Program Manager
June 2005 - July 2015 (10 years 2 months)

-Responsible for developing and executing hardware plans that affect the end to end supply chain within product life cycles. Working with both the proto type (pre-production or Early User Hardware) of the lifecycle, and production hardware.

-Creating & improving business processes that eliminate waste and improve productivity for the 300mm FAB.

### Miro-processor Chip Fabrication Employee
January 2001 - June 2015 (14 years 6 months)

### 300mm Production Control
February 2003 - June 2005 (2 years 5 months)

Logistically supported the 300mm Fabrication Line using the SiView software: Siview Material Manager, SiView Specification Manager, and SiView Scheduler. This support included Part Number setup, release of hardware and attribute changes that afffect line movement.

### 200mm Dice-Sort-&-Pick
January 2001 - February 2003 (2 years 2 months)

Responsible for cutting processed 200mm mirco-processor chip wafers into single chips, than picking them off the wafer and expecting them to be shipped.  Required the ability to program dicing and picking tools, as well as keeping them calibrated. It is essential to identify various defects or damaged chips to have them sorted out to not be furthered processed.

### Stewart's Shops
4 years

### Store Associate
July 2000 - December 2000 (6 months)
Canton, NY

Prepared and opened the store unaccompanied: this includes accounting and recording store finances, inventory, food provision, as well as serving customers.

### Processing and Distribution Center Selector
January 1997 - June 2000 (3 years 6 months)
Saratoga Springs, NY

-Quickly selected and packaged items to be delievered to Stewart Shops.
-Drove Fork lift and motarized pallet jacks.

Case 1:26-cv-00018-LAF-LPA     Document 62-3     Filed 07/07/25     Page 3 of 4

-Work with fast paced team achieve their pick rates and goals.

## SUNY Potsdam
### Resident Assistant
September 1998 - December 2000 (2 years 4 months)
Potsdam, NY

Supervised the residence hall as a trained peer leader. Roles and responsibilities, including, but not limited to, building a residential community through programming, acting as a para-counselor for students, being a familiar first resource for students with academic or institutional questions, and enforcing residence policies.

## Garnet Hill Lodge & Cross Country Ski Center
### Ski Instructor
December 1994 - December 1996 (2 years 1 month)
North River, NY

Instructed personal and group lessons on Tradional and Skate cross country skiing.

———

# Education

### Mount Saint Mary College Newburgh NY
Master of Business Administration (MBA), Business Administration and Management, General · (2001 - 2004)

### State University of New York College at Potsdam
Bachelor of Arts (B.A.), Sociology · (1996 - 2000)

Case 1:26-cv-00018-LAF-LPA    Document 62-3    Filed 07/07/25    Page 4 of 4