# EXHIBIT 4

## Contact

www.linkedin.com/in/nick-o-
donnell-6a3504195 (LinkedIn)

## Top Skills

Data Analysis

Organization Skills

Microsoft Excel

## Certifications

Lean Six Sigma Green Belt

## Honors-Awards

Deans Honor Role

# Nick O'Donnell

Wafer Fab Production Manager
Marcy, New York, United States

## Experience

**Wolfspeed**
3 years

Wafer Fab Production Manager
August 2023 - Present (1 year 11 months)
Marcy, New York, United States

Operations Flow Engineer
July 2022 - August 2023 (1 year 2 months)
Marcy, New York, United States

**Amazon**
Area Manager Intern
May 2021 - August 2021 (4 months)
Oklahoma City, Oklahoma, United States

Tracked staffing and labor costing for 70 associates to ensure an efficient
and lean operation. Managed the inbound flow of 200,000-350,000 products
per shift, ensuring volume and rates were met. Implemented an inbound
dock process improvement saving a total of $40,000 annually and improving
elements of dock efficiency by 74%.

**American Fidelity**
Intern, Business Operations
May 2020 - May 2021 (1 year 1 month)
Oklahoma City, Oklahoma, United States

Proactively educating customers on tools and resources available to them.
Answering policy questions for customers. Reviewing and reconciling
customer bills and payments.

**Integrated Business Core - Price College of Business**
President | Campus Cup Co.
September 2020 - January 2021 (5 months)
Norman, Oklahoma, United States

Lead, manage, and work with fellow peers of Campus Cup Co. Oversee all
departments (finance, marketing, operations, philanthropy) of our Fall 2020

Case 1:26-cv-00018-LAF-LPA    Document 62-4    Filed 07/07/25    Page 2 of 3

IBC Company. Affectively work with the Executive Committee to ensure goals are accomplished, deadlines met, and product is being sold.

## University of Oklahoma
1 year 5 months

### Digitization Lab Technician
February 2020 - May 2020 (4 months)
Norman, Oklahoma

Work with a team in a project based environment, digitize diverse special collections items and materials, do post-processing work and metadata entry and prepare items for inclusion in OU Libraries' online repository.

### Teaching Assistant
January 2019 - May 2020 (1 year 5 months)
Norman, Oklahoma, United States

Peer Teaching Assistant (PTA) teaching Academic Success. Educate new students on resources and tools available to them. Collaborate with professor to deliver an efficient and clear learning schedule. Mentor twenty students through their school year.

## Buzzard Oil & Gas, LLC
Intern
May 2019 - August 2019 (4 months)
Edmond, Oklahoma

Completed petroleum landman tasks, recorded data using Excel, developed data program, communicated with a ten person team, and worked 40+ hours a week.

_____

# Education

### University of Oklahoma - Price College of Business
Bachelor of Business Administration - BBA, Management Information Systems, General · (2018 - 2022)

### Bishop McGuinness Catholic High School
 · (2014 - 2018)

Case 1:26-cv-00018-LAF-LPA    Document 62-4    Filed 07/07/25    Page 3 of 3