|  |  |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  v.<br><br>WOLFSPEED, INC., GREGG A. LOWE, AND NEILL P. REYNOLDS.<br><br>        Defendants. | Civil Action No. 6:24-cv-01395-ECC-MJK<br><br>**SUGGESTION OF BANKRUPTCY** |

**PLEASE TAKE NOTICE** that, on June 30, 2025, Wolfspeed, Inc. and Wolfspeed Texas LLC (collectively, the "***Debtors***")[1] each commenced a case (collectively, the "***Chapter 11 Cases***") under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "***Bankruptcy Code***"), by filing voluntary petitions in United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Bankruptcy Court***"). The Chapter 11 Cases are jointly-administered under case number 25-90163 (CML).

**PLEASE TAKE FURTHER NOTICE** that the automatic stay imposed by Bankruptcy Code section 362 immediately went into effect upon the commencement of the Chapter 11 Cases. Bankruptcy Code section 362 operates as a stay, applicable to all persons and entities, of: (i) the commencement or continuance, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the Chapter 11 Cases, (ii) the enforcement, against the Debtors or against the property of the Debtors' estate, of a judgment obtained before the

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339). The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

commencement of the Chapter 11 Cases, (iii) any act to obtain possession of property of or from the Debtors' estate or to exercise control over property of the Debtors' estate, (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate not otherwise allowed by the Bankruptcy Code, (v) any act to create, perfect, or enforce against property of the estate any lien to the extent that such lien secures a claim that arose before the commencement of the Chapter 11 Cases, and (vi) any act to collect, assess, or recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the voluntary petitions and any documents filed in the Chapter 11 Cases are available through the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' bankruptcy counsel is:

| | |
|---|---|
| **HUNTON ANDREWS KURTH LLP** | **LATHAM & WATKINS LLP** |
| Timothy A. ("Tad") Davidson II | Ray C. Schrock |
| Ashley L. Harper | Alexander W. Welch |
| Philip M. Guffy | Keith Simon |
| 600 Travis Street, Suite 4200 | Eric L. Einhorn |
| Houston, TX 77002 | 1271 Avenue of the Americas |
| Telephone:  (713) 220-4200 | New York, NY 10020 |
| Email:  taddavidson@hunton.com | Telephone:  (212) 906-1200 |
|     ashleyharper@hunton.com | Email: ray.schrock@lw.com |
|     pguffy@hunton.com |     alex.welch@lw.com |
| |     keith.simon@lw.com |
| - and - |     eric.einhorn@lw.com |

*[Remainder of page left blank intentionally]*

2

Dated July 8, 2025

Respectfully submitted:

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno (*admitted* pro hac vice)
   New York Bar Number: 4347316
Tamar Kaplan-Marans (*admitted* pro hac vice)
   New York Bar Number: 4864385
Nicole Prunetti (*admitted* pro hac vice)
   New York Bar Number: 5570510

WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
Michael.Bongiorno@wilmerhale.com
Tamar.Kaplan-Marans@wilmerhale.com
Nicole.Prunetti@wilmerhale.com

*Counsel for Defendants Wolfspeed, Inc., Gregg A. Lowe, and Neill P. Reynolds*