## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS,<br><br>               Defendants. | **Case No. 6:24-cv-01395-ECC-MJK** |

**PLAINTIFFS' RESPONSE TO DEFENDANT WOLFSPEED, INC.'S NOTICE OF SUGGESTION OF BANKRUPTCY**

Lead Plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam, and plaintiff William Maizner ("Plaintiffs") respectfully submit this response to Defendant Wolfspeed Inc.'s ("Wolfspeed") Suggestion of Bankruptcy, ECF No. 63, providing notice of the filing of Wolfspeed's voluntary bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

Once a debtor has filed for bankruptcy, actions against the debtor are stayed by 11 U.S.C. § 362(a). "It is well-established that stays pursuant to § 362(a) are limited to debtors and ***do not encompass non-bankrupt co-defendants***." *Mardice v. Ebony Media Operations, LLC*, No. 19-CV-8910 (VSB), 2021 WL 146358, at *3 (S.D.N.Y. Jan. 15, 2021), quoting *Teachers Ins. & Annuity Ass'n of Am. v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986) (emphasis added). Therefore, while the automatic stay under 11 U.S.C. § 362(a) applies to Wolfspeed, by its express terms, it does not apply to Defendants Gregg A. Lowe and Neill P. Reynolds ("Individual Defendants"), who are not debtors in any bankruptcy case. Thus, this action should proceed against the Individual Defendants.

Dated: July 9, 2025

**POMERANTZ LLP**

*/s/ Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mjwernke@pomlaw.com

1

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
Alan I. Ellman (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com
Email: aellman@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*


**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiff William Maizner*

2