| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WOLFSPEED, INC., GREGG A. LOWE, AND NEILL P. REYNOLDS,<br><br>Defendants. | Civil Action No. 6:24-cv-01395-ECC-MJK<br><br>**NOTICE OF ENTRY OF BANKRUPTCY CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE** |

**PLEASE TAKE NOTICE THAT,** on September 29, 2025 (the "Effective Date"), Defendant Wolfspeed, Inc. ("Wolfspeed") and Wolfspeed Texas LLC (together with Wolfspeed, the "Debtors") filed a Notice of (I) Entry of Confirmation Order and (II) Occurrence of Effective Date of Debtors' Chapter 11 Plan [ECF No. 306] ("Notice of Effective Date") following the consummation of the Joint Prepackaged Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [ECF No. 8] (the "Plan") in the jointly-administered chapter 11 cases captioned *In re Wolfspeed, Inc., et al.*, Case No. 25-90163 (CML) in the United States Bankruptcy Court for the Southern District of Texas, Houston Division ("Bankruptcy Court") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"). On the Effective Date, the automatic stay imposed by Bankruptcy Code Section 362 terminated.

**PLEASE TAKE FURTHER NOTICE THAT**, effective September 29, 2025, Wolfspeed is incorporated in the State of Delaware in accordance with the Plan, as confirmed by the Bankruptcy Court on September 8, 2025 [ECF No. 285]. The change in incorporation does not impact Wolfspeed's headquarters or operations.

Dated: October 1, 2025              Respectfully submitted,


                                    */s/ Michael G. Bongiorno*
                                    Michael G. Bongiorno (*admitted pro hac vice*)
                                         New York Bar Number: 4347316
                                    Tamar Kaplan-Marans (*admitted pro hac vice*)
                                         New York Bar Number: 4864385
                                    Nicole E. Prunetti (*admitted pro hac vice*)
                                         New York Bar Number: 5570510

                                    WILMER CUTLER PICKERING HALE AND DORR LLP
                                    7 World Trade Center
                                    250 Greenwich Street
                                    New York, NY 10007
                                    Tel.: (212) 230-8800
                                    Fax: (212) 230-8888
                                    Michael.Bongiorno@wilmerhale.com
                                    Tamar.Kaplan-Marans@wilmerhale.com
                                    Nicole.Prunetti@wilmerhale.com

                                    *Counsel for Defendants Wolfspeed, Inc., Gregg A.*
                                    *Lowe, and Neill P. Reynolds*

2