# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

SVETLANA LAMON, Derivatively on Behalf of WOLFSPEED, INC.,

*Plaintiff*,

v.

THOMAS H. WERNER, GREGG A. LOWE, NEILL P. REYNOLDS, DARREN R. JACKSON, GLENDA DORCHAK, JOHN C. HODGE, CLYDE R. HOSEIN, DUY-LOAN T. LE, JOHN B. REPLOGLE, MARVIN A. RILEY, and STACY J. SMITH,

*Defendants*,

and

WOLFSPEED, INC.,

*Nominal Defendant*.

Case No. 1:25-CV-00298-UA-LPA

**JOINT NOTICE AND STIPULATION**
**VOLUNTARILY DISMISSING DERIVATIVE ACTION**

Pursuant to the Court's October 2, 2025 Text Order and pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Svetlana Lamon ("**Plaintiff**"), Thomas H. Werner, Gregg A. Lowe, Neill P. Reynolds, Darren R. Jackson, Glenda Dorchak, John C. Hodge, Clyde R. Hosein, Duy-Loan T. Le, John B. Replogle, Marvin A. Riley, and Stacy J. Smith ("**Individual Defendants**), and Nominal Defendant Wolfspeed, Inc. ("**Wolfspeed**" and together with the Individual Defendants, "**Defendants**"), by and through their respective counsel, respectfully request that the Court enter an Order dismissing the above-captioned action. In support thereof, the parties state as follows:

WHEREAS, on April 21, 2025, Plaintiff filed this shareholder derivative action, captioned *Lamon v. Werner et al.*, Case No. 1:25-CV-00298 (the "**Derivative Action**");

WHEREAS, on June 30, 2025, Wolfspeed and Wolfspeed Texas LLC (the "**Debtors**") each filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern

District of Texas (the "**Bankruptcy Court**") commencing cases under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq* (the "**Bankruptcy Code**"), jointly administered under Case Number 25-90163 (CML) [Bankruptcy Docket, ECF No. 33];

WHEREAS, on June 30, 2025, the Derivative Action itself was automatically stayed pursuant to Bankruptcy Code Section 362;

WHEREAS, on September 8, 2025, the Bankruptcy Court confirmed the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate (the "**Plan**") [Bankruptcy Docket, ECF No. 8], which, among other things, released all claims, including those asserted derivatively, "based on or relating to, or in any manner arising from, in whole or in part, the Debtors, including . . . the governance, management, transactions, ownership, or operation of the Debtors or the Non-Debtor Affiliates" and "the purchase, sale, or recission of any Security of the Debtors or the Non-Debtor Affiliates"[Bankruptcy Docket, ECF No. 285 at 101];

WHEREAS, the claims underlying the Derivative Action were therefore released pursuant to the Plan;

WHEREAS, on September 29, 2025 (the "**Effective Date**"), the Debtors filed the Notice of (I) Entry of Confirmation Order and (II) Occurrence of Effective Date [Bankruptcy Docket, ECF No. 306]; and

WHEREAS, in light of the release of claims under the Plan, the parties agree that the proper next step is that the Derivative Action should be dismissed.

## RELIEF REQUESTED

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE and request that the Court enter an Order dismissing this action in its entirety pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1. The Derivative Action is dismissed without prejudice.

2. Each party shall bear its own costs and fees.

3. Rule 23.1 does not require notice to shareholders as there is no collusion and/or risk

of prejudice to Wolfspeed shareholders. Further, no payment has been made, nor will one be made, to Plaintiff or her counsel in connection with the dismissal of this Derivative Action.

Dated: October 16, 2025

Respectfully submitted,


*/s/ Dhamian A. Blue*
Dhamian A. Blue (NC Bar No. 31405)
Blue LLP
205 Fayetteville Street
Suite 300
Raleigh, NC 27601
Telephone: (919) 833-1931
Facsimile: (919) 833-8009
dab@bluellp.com

Thomas J. McKenna
Gregory M. Egleston
Gainey McKenna & Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff*

*/s/ Matthew T. Martens*
Matthew T. Martens (NC Bar No. 31665)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington DC 20006
Telephone: (202) 663-6000
Facsimile: (703) 887-1976
Matthew.Martens@wilmerhale.com

Michael G. Bongiorno*
Tamar Kaplan-Marans*
Nicole Prunetti*
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Michael.Bongiorno@wilmerhale.com
Tamar.Kaplan-Marans@wilmerhale.com
Nicole.Prunetti@wilmerhale.com

*Specially Appearing under L.R. 83.1(d)

*Counsel for Defendants*


IT IS HEREBY ORDERED, this _______ day of _______, 2025

______________________________________
THE HONORABLE L. PATRICK AULD