**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Alan I. Ellman
aellman@rgrdlaw.com

November 12, 2025

<u>VIA ECF</u>

The Honorable Mitchell J. Katz
Northern District of New York
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:     *Zagami v. Wolfspeed, Inc., et al.*, No. 6:24-cv-01395-ECC-MJK (N.D.N.Y.)

Dear Magistrate Judge Katz:

We represent Lead Plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam, and plaintiff William Maizner (collectively, "Plaintiffs") in the above-referenced action. We write to bring to the Court's attention a recent factual development that bears on the Motion to Transfer Venue ("Motion," ECF No. 59) filed by defendants Wolfspeed, Inc., Gregg A. Lowe, and Neill P. Reynolds (collectively, "Defendants").

Yesterday, Defendants filed a Notice of Related Cases (ECF No. 72) requesting that the action *Korr Value, LP v. Lowe et al.*, No. 6:25-cv-01448-AJB-TWD (N.D.N.Y.), be designated as related to the above-referenced action. According to Defendants, "[t]he cases share a similarity of facts and legal issues such that designating the cases as related . . . will promote judicial efficiency and a substantial saving of judicial resources." ECF No. 72 at 1. Defendants state that "both cases generally challenge public statements issued by Wolfspeed, Inc. regarding the operational status and financial projections related to Wolfspeed, Inc.'s Mohawk Valley Fabrication facility," allege violations of the Exchange Act, and name Gregg A. Lowe and Neill P. Reynolds as defendants. *Id*.

One of the factors considered on the Motion is judicial economy and the interests of justice. *See* Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion (ECF No. 61 at 5, 20). The pendency of the *Korr Value* action in this District is an additional factor that weighs against transferring this action.

      Respectfully submitted,

      */s/ Alan I. Ellman*

      Alan I. Ellman

cc: All Counsel of Record (via ECF)