# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Utica)
# CIVIL DOCKET FOR CASE #: 6:24–cv–01395–ECC–MJK

Zagami v. Wolfspeed, Inc. et al
Assigned to: U.S. District Judge Elizabeth C. Coombe
Referred to: Magistrate Judge Mitchell J. Katz
Member cases:

   6:25–cv–00046–ECC–MJK

   6:25–cv–00062–ECC–MJK

 related Cases:  6:25–cv–01448–ECC–MJK

            6:25–cv–00062–ECC–MJK

            6:25–cv–00046–ECC–MJK

Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 11/15/2024
Date Terminated: 12/22/2025
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

## Plaintiff

**Gary Zagami**
*Individually and on behalf of all others
similarly situated*

represented by **Gregory M. Nespole**
Levi & Korsinsky LLP
33 Whitehall Street – 17th Floor
New York, NY 10004
212–363–7500
Email: gnespole@zlk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

## Plaintiff

**Dr. Syed M. Alam**
*Co–Lead Plaintiff*

represented by **Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747
631–367–7100
Fax: 631–367–1173
Email: srudman@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Alan Ellman**
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747
631–367–7100
Email: aellman@rgrdlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

*Fee Status: paid*

**David Rosenfeld**
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747
631−367−7100
Email: drosenfeld@rgrdlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

| | | |
|---|---|---|
| **Qiu Shaomei**<br>*Co−Lead Plaintiff* | represented by | **Jeremy Alan Lieberman**<br>Pomerantz LLP<br>600 Third Avenue − 20th Floor<br>New York, NY 10016<br>212−661−1100<br>Fax: 917−463−1044<br>Email: jalieberman@pomlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |
| | | **Joseph Alexander Hood , II**<br>Pomerantz LLP<br>600 Third Avenue − 20th Floor<br>New York, NY 10016<br>212−661−1100<br>Fax: 917−463−1044<br>Email: ahood@pomlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |
| | | **Michael J. Wernke**<br>Pomerantz LLP<br>600 Third Avenue − 20th Floor<br>New York, NY 10016<br>212−661−1100<br>Fax: 917−463−1044<br>Email: mjwernke@pomlaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2025* |

**Plaintiff**

| | | |
|---|---|---|
| **He Jie**<br>*Co−Lead Plaintiff* | represented by | **Jeremy Alan Lieberman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Joseph Alexander Hood , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Michael J. Wernke**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Plaintiff**

**Cai Guangjian**                                          represented by   **Jeremy Alan Lieberman**
*Co−Lead Plaintiff*                                                           (See above for address)
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*
                                                                             *Bar Status: Active*
                                                                             *Fee Status: paid_2025*

                                                                             **Joseph Alexander Hood , II**
                                                                             (See above for address)
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*
                                                                             *Bar Status: Active*
                                                                             *Fee Status: paid_2025*

                                                                             **Michael J. Wernke**
                                                                             (See above for address)
                                                                             *ATTORNEY TO BE NOTICED*
                                                                             *Bar Status: Active*
                                                                             *Fee Status: paid_2025*

V.

**Defendant**

**Wolfspeed, Inc.**                                        represented by   **Debo P. Adegbile**
                                                                             Wilmer Cutler Pickering Hale & Dorr LLP – NY
                                                                             Office
                                                                             7 World Trade Center
                                                                             250 Greenwich Street
                                                                             New York, NY 10007
                                                                             212−295−6717
                                                                             Email: debo.adegbile@wilmerhale.com
                                                                             *TERMINATED: 06/09/2025*
                                                                             *ATTORNEY TO BE NOTICED*
                                                                             *Bar Status: Active*
                                                                             *Fee Status: paid_2025*

**Michael Bongiorno**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212−937−7220
Email: michael.bongiorno@wilmerhale.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Nicole Elizabeth Prunetti**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212−295−6678
Email: nicole.prunetti@wilmerhale.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Tamar Kaplan−Marans**
Wilmer Cutler Pickering Hale & Dorr LLP − NY Office
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212−230−8809
Email: tamar.kaplan−marans@wilmerhale.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Defendant**

**Gregg A. Lowe**                    represented by **Debo P. Adegbile**
(See above for address)
*TERMINATED: 06/09/2025*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Michael Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Nicole Elizabeth Prunetti**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Tamar Kaplan–Marans**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Defendant**

**Neill P. Reynolds**                                    represented by **Debo P. Adegbile**
(See above for address)
*TERMINATED: 06/09/2025*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Michael Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Nicole Elizabeth Prunetti**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Tamar Kaplan–Marans**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Consol Plaintiff**

**William Maizner**                                    represented by **Jeremy Alan Lieberman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Joseph Alexander Hood , II**
(See above for address)
*Bar Status: Active*
*Fee Status: paid_2025*

**Consol Plaintiff**

**Luis Ferreira**                                    represented by **Sarah E. Delaney**
Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
617–398–5600
Email: sarah@blockleviton.com
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*
*Fee Status: paid_2025*

V.

## Consol Defendant

**Wolfspeed, Inc.**                    represented by    **Debo P. Adegbile**
(See above for address)
*TERMINATED: 06/09/2025*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Michael Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Nicole Elizabeth Prunetti**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Tamar Kaplan–Marans**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

## Consol Defendant

**Gregg A. Lowe**                    represented by    **Debo P. Adegbile**
(See above for address)
*TERMINATED: 06/09/2025*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Michael Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Nicole Elizabeth Prunetti**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Tamar Kaplan–Marans**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Consol Defendant**

**Neill P. Reynolds**                                   represented by   **Debo P. Adegbile**
(See above for address)
*TERMINATED: 06/09/2025*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Michael Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Nicole Elizabeth Prunetti**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Tamar Kaplan−Marans**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2024 | Ï 1 | COMPLAINT WITH JURY DEMAND against Wolfspeed, Inc., Gregg A. Lowe,and Neill P. Reynolds (Filing fee $405 receipt number ANYNDC−6934652) filed by Gary Zagami. (Attachments: # 1 Exhibit(s), # 2 Civil Cover Sheet)(tll) (Entered: 11/18/2024) |
| 11/15/2024 | Ï 2 | Summons Issued as to Wolfspeed, Inc., Gregg A. Lowe, and Neill P. Reynolds. (tll) (Entered: 11/18/2024) |
| 11/15/2024 | Ï 3 | G.O. 25 FILING ORDER ISSUED: Initial Telephone Conference set for 2/13/2025 at 10:30 AM before Magistrate Judge Mitchell J. Katz. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 2/6/2025. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (tll) (Entered: 11/18/2024) |
| 11/15/2024 | Ï 4 | NOTICE OF ADMISSION REQUIREMENT as to Party Gary Zagami; Attorney Adam Apton, Esq. Phone number is 212−363−7500. Copies of Notice and GO25 mailed to Attorney Apton on 11/15/2024. Admissions due by 12/2/2024. (tll) (Entered: 11/18/2024) |
| 11/21/2024 | Ï | TEXT NOTICE OF FILING DEFICIENCY regarding the 1 Complaint. **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Attorney address and/or email address contained in the document does not match the NYND attorney admission records. Counsel is directed to update |

| | | |
|---|---|---|
| | | <span style="color:red">their information in PACER within 3 days from this notice.</span><br><br>Notice of Filing Deficiency Deadline 11/26/2024 (tll) (Entered: 11/21/2024) |
| 11/21/2024 | Ï 5 | MOTION for Limited Admission Pro Hac Vice of Adam M. Apton Filing fee $100, receipt number ANYNDC−6941287. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** (Attachments: # 1 Declaration of Sponsor, # 2 Attorney E−Filing Registration Form, # 3 Petition for Admission to Practice, # 4 Certificate of Good Standing) Motions referred to Mitchell J. Katz. (Nespole, Gregory) (Entered: 11/21/2024) |
| 11/27/2024 | Ï 6 | TEXT ORDER: Granting 5 Motion for Limited Admission Pro Hac Vice for Adam M. Apton. <span style="color:red">Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account.</span> **This is the only notice you will receive concerning this requirement.** <u>**You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.**</u> Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST FILED IN THIS ACTION or you will not receive electronic notifications in the case. SO ORDERED by Magistrate Judge Mitchell J. Katz on 11/27/2024. (kmc) (Entered: 11/27/2024) |
| 12/31/2024 | Ï 7 | SUMMONS Returned Executed by Gary Zagami. Wolfspeed, Inc. served on 12/18/2024, answer due 1/8/2025. (Apton, Adam) (Entered: 12/31/2024) |
| 12/31/2024 | Ï 8 | SUMMONS Returned Executed by Gary Zagami. Gregg A. Lowe served on 12/18/2024, answer due 1/8/2025. (Apton, Adam) (Entered: 12/31/2024) |
| 12/31/2024 | Ï 9 | SUMMONS Returned Executed by Gary Zagami. Neill P. Reynolds served on 12/18/2024, answer due 1/8/2025. (Apton, Adam) (Entered: 12/31/2024) |
| 01/03/2025 | Ï 10 | TEXT ORDER REASSIGNING CASE. Case reassigned to U.S. District Judge Elizabeth C. Coombe for all further proceedings. Chief Judge Brenda K. Sannes no longer assigned to case. SO ORDERED by Chief Judge Brenda K. Sannes on 1/3/2025. (kmc) (Entered: 01/03/2025) |
| 01/17/2025 | Ï 11 | TEXT ORDER: On 12/31/2024 Plaintiff filed three Proofs of Service asserting that the Summons and Complaint were served upon the Defendants on 12/18/2024. The time for Defendants to file an answer or otherwise move has expired. Pursuant to Local Rule 55.1, Plaintiff may request a Clerk's Entry of Default or, in the alternative, Plaintiff is directed to file a status report by 1/24/2025. SO ORDERED by U.S. Magistrate Mitchell J. Katz on 1/17/2025. (kck) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 12 | MOTION to Consolidate Cases *, Appointment as Lead Plaintiff, and Approval of Counsel* filed by Ahmed Soliman. Response to Motion due by 2/7/2025 (Attachments: # 1 Memorandum of Law, # 2 Proposed Order/Judgment, # 3 Declaration, # 4 Exhibit(s) Ex. A − PSLRA Notice, # 5 Exhibit(s) Ex, B − Certification, # 6 Exhibit(s) Ex. C − Financial Interest Analysis, # 7 Exhibit(s) Ex. D − Firm Resume) Motions referred to Mitchell J. Katz. (Murray, Brian) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 13 | MOTION to Consolidate Cases *6:24−cv−1395, 6:25−cv−0046, and 6:25−cv−0062* filed by Derick Pearlin.( Response to Motion due by 2/7/2025), MOTION to Appoint Counsel filed by Derick Pearlin. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Gregory M. Nespole, # 3 Exhibit(s) A− PSLRA Certification, # 4 Exhibit(s) B− Loss Chart, # 5 Exhibit(s) C− PSLRA Notice, # 6 Exhibit(s) D− Movant Declaration, # 7 Exhibit(s) E− Firm Resume, # 8 Proposed Order/Judgment) Motions referred to Mitchell J. Katz. (Nespole, Gregory) (Entered: 01/17/2025) |
| 01/17/2025 | Ï 14 | MOTION to Consolidate Cases *and Appoint Lead Plaintiffs, filed by Operating Engineers Construction Industry and Pension Fund (Local 66),* filed by Laborers District Council and Contractors Pension Fund of Ohio.( Response to Motion due by 2/7/2025), MOTION to Appoint Counsel *filed by Operating Engineers Construction Industry and Pension Fund (Local 66),* filed by |

| | | |
|---|---|---|
| | | Laborers District Council and Contractors Pension Fund of Ohio. (Attachments: # 1 Memorandum of Law, # 2 Declaration, # 3 Exhibit(s) A – PSLRA Notice, # 4 Exhibit(s) B – Certifications, # 5 Exhibit(s) C – Loss Calculations, # 6 Exhibit(s) D – Joint Declaration, # 7 Exhibit(s) E – Firm Resume, # 8 Proposed Order/Judgment) Motions referred to Mitchell J. Katz. (Delaney, Sarah) (Entered: 01/17/2025) |
| 01/17/2025 | 15 | MOTION to Consolidate Cases filed by Khurram Shahzad.( Response to Motion due by 2/7/2025), MOTION to Appoint Counsel *and Appoint Lead Plaintiff* filed by Khurram Shahzad. (Attachments: # 1 Proposed Order/Judgment, # 2 Memorandum of Law, # 3 Declaration of Phillip Kim, # 4 Exhibit(s) 1 – PSLRA Early Notice, # 5 Exhibit(s) 2 – PSLRA Certification, # 6 Exhibit(s) 3 – Loss Chart, # 7 Exhibit(s) 4 – Rosen Law Firm, P.A. Resume) Motions referred to Mitchell J. Katz. (Kim, Phillip) (Entered: 01/17/2025) |
| 01/17/2025 | 16 | MOTION to Consolidate Cases *, APPOINTMENT AS LEAD PLAINTIFF,* filed by Mitchell Gregg.( Response to Motion due by 2/7/2025), MOTION to Appoint Counsel filed by Mitchell Gregg. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Lawrence P. Eagel, # 3 Exhibit(s) A – Certification, # 4 Exhibit(s) B – Loss Chart, # 5 Exhibit(s) C – PSLRA Notice, # 6 Exhibit(s) D – BES Firm Resume, # 7 Proposed Order/Judgment) Motions referred to Mitchell J. Katz. (Eagel, Lawrence) (Entered: 01/17/2025) |
| 01/17/2025 | 17 | MOTION to Consolidate Cases *, Appoint Lead Plaintiff Pursuant to the PSLRA, and Approve Selection of Lead Counsel for the Class* filed by Pawan Banjade. Response to Motion due by 2/7/2025 (Attachments: # 1 Memorandum of Law, # 2 Declaration of Robert S. Rosborough IV, # 3 Exhibit(s) A (Assignment of Claims), # 4 Exhibit(s) B (Declaration of Pawan Banjade), # 5 Exhibit(s) C (Notice of Pendency), # 6 Exhibit(s) D (PSLRA Certification), # 7 Exhibit(s) E (Chart of Financial Interest), # 8 Exhibit(s) F (BFA Firm Resume), # 9 Proposed Order/Judgment) Motions referred to Mitchell J. Katz. (Rosborough, Robert) (Entered: 01/17/2025) |
| 01/17/2025 | 18 | MOTION to Consolidate Cases *, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel* filed by Dr. Syed M. Alam. Response to Motion due by 2/7/2025 (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Samuel H. Rudman, # 3 Exhibit(s) A – PSLRA Notice, # 4 Exhibit(s) B – Certification, # 5 Exhibit(s) C – Estimate of Losses, # 6 Exhibit(s) D – Dr. Alam's Declaration, # 7 Proposed Order/Judgment) Motions referred to Mitchell J. Katz. (Rudman, Samuel) (Entered: 01/17/2025) |
| 01/17/2025 | 19 | MOTION to Consolidate Cases *,APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL* filed by Qiu Shaomei, He Jie, Cai Guangjian. Response to Motion due by 2/7/2025 (Attachments: # 1 Proposed Order/Judgment, # 2 Memorandum of Law, # 3 Declaration of J. Alexander Hood II, # 4 Exhibit(s) A – Damages Analysis, # 5 Exhibit(s) B – Press Release, # 6 Exhibit(s) C – Certifications, # 7 Exhibit(s) D – Joint Declaration, # 8 Exhibit(s) E – Firm Resume) Motions referred to Mitchell J. Katz. (Hood, Joseph) (Entered: 01/17/2025) |
| 01/31/2025 | 20 | NOTICE OF APPEARANCE by Jeremy Alan Lieberman on behalf of Qiu Shaomei, He Jie, Cai Guangjian (Lieberman, Jeremy) (Entered: 01/31/2025) |
| 01/31/2025 | 21 | NOTICE by Derick Pearlin re 13 MOTION to Consolidate Cases *6:24−cv−1395, 6:25−cv−0046, and 6:25−cv−0062* filed by Derick Pearlin. MOTION to Appoint Counsel filed by Derick Pearlin. *Notice of Non−Opposition to Competing Lead Plaintiff Motions.* (Nespole, Gregory) (Entered: 01/31/2025) |
| 02/06/2025 | 22 | TEXT ORDER: The Rule 16 Conference set for 2/13/2025 and deadline for the submission of a joint Civil Case Management Plan and exchange of Mandatory Disclosures are ADJOURNED WITHOUT DATE. The hearing and related deadlines will be reset, upon resolution of the # 12 , # 13 , # 14 , # 15 , # 16 , # 17 , # 18 and # 19 Motions to Consolidates Cases. SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 2/6/2025. (kck) (Entered: 02/06/2025) |
| 02/06/2025 | 23 | |

| | | |
|---|---|---|
| | | NOTICE by Pawan Banjade re 17 MOTION to Consolidate Cases , *Appoint Lead Plaintiff Pursuant to the PSLRA, and Approve Selection of Lead Counsel for the Class* filed by Pawan Banjade. *Notice of Withdrawal of Motion for Lead Plaintiff Appointment* (Rosborough, Robert) (Entered: 02/06/2025) |
| 02/06/2025 | 24 | NOTICE by Mitchell Gregg re 16 MOTION to Consolidate Cases , *APPOINTMENT AS LEAD PLAINTIFF,* filed by Mitchell Gregg. MOTION to Appoint Counsel filed by Mitchell Gregg. *NOTICE OF WITHDRAWAL OF MOTION OF MITCHELL GREGG FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL* (Eagel, Lawrence) (Entered: 02/06/2025) |
| 02/07/2025 | 25 | NOTICE by Khurram Shahzad re 15 MOTION to Consolidate Cases filed by Khurram Shahzad. MOTION to Appoint Counsel *and Appoint Lead Plaintiff* filed by Khurram Shahzad. *Notice of Non−Opposition to Competing Lead Plaintiff Motions.* (Kim, Phillip) (Entered: 02/07/2025) |
| 02/07/2025 | 26 | NOTICE by Ahmed Soliman *of Withdrawal of his Motion (Doc. No. 12) For Consolidation Of Related Actions, Appointment As Lead Plaintiff, And Approval Of Counsel* (Murray, Brian) (Entered: 02/07/2025) |
| 02/07/2025 | 27 | MEMORANDUM OF LAW re 12 Motion to Consolidate Cases, 16 Motion to Consolidate Cases,,, Motion to Appoint Counsel,, 18 Motion to Consolidate Cases,, 19 Motion to Consolidate Cases,, 15 Motion to Consolidate Cases,,, Motion to Appoint Counsel,, 17 Motion to Consolidate Cases,, *Memorandum of Law in Opposition to Competing Lead Plaintiff Motions* filed by Laborers District Council and Contractors Pension Fund of Ohio. (Delaney, Sarah) (Entered: 02/07/2025) |
| 02/07/2025 | 28 | RESPONSE in Opposition re 13 Motion to Consolidate Cases,,, Motion to Appoint Counsel,, 12 Motion to Consolidate Cases, 16 Motion to Consolidate Cases,,, Motion to Appoint Counsel,, 19 Motion to Consolidate Cases,, 15 Motion to Consolidate Cases,,, Motion to Appoint Counsel,, 14 Motion to Consolidate Cases,,,, Motion to Appoint Counsel,,, 17 Motion to Consolidate Cases,, filed by Dr. Syed M. Alam. (Rudman, Samuel) (Entered: 02/07/2025) |
| 02/07/2025 | 29 | MEMORANDUM OF LAW re 27 Memorandum of Law, 19 Motion to Consolidate Cases,, *Response in Opposition to Competing Lead Plaintiff Motions* filed by Qiu Shaomei, He Jie, Cai Guangjian. (Hood, Joseph) (Entered: 02/07/2025) |
| 02/12/2025 | 30 | NOTICE OF APPEARANCE by Debo P. Adegbile on behalf of Wolfspeed, Inc., Gregg A. Lowe, Neill P. Reynolds (Adegbile, Debo) (Entered: 02/12/2025) |
| 02/18/2025 | 31 | NOTICE by Laborers District Council and Contractors Pension Fund of Ohio re 14 MOTION to Consolidate Cases *and Appoint Lead Plaintiffs, filed by Operating Engineers Construction Industry and Pension Fund (Local 66),* filed by Laborers District Council and Contractors Pension Fund of Ohio. MOTION to Appoint Counsel *filed by Operating Engineers Construction Industry and Pension Fund (Local 66),* filed by Laborers District Council and Contractors Pension Fund of Ohio. *NOTICE OF WITHDRAWAL* (Delaney, Sarah) (Entered: 02/18/2025) |
| 02/19/2025 | 32 | STIPULATION re 18 MOTION to Consolidate Cases , *Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel* filed by Dr. Syed M. Alam., 19 MOTION to Consolidate Cases ,*APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL* filed by Qiu Shaomei, He Jie, Cai Guangjian. by Dr. Syed M. Alam submitted to Judge Elizabeth C. Coombe. (Rudman, Samuel) (Entered: 02/19/2025) |
| 02/24/2025 | 33 | TEXT ORDER: Pursuant to the Notices of Withdrawal filed by movants Ahmed Soliman, Derick Pearlin, Laborers District Council and Contractors Pension Fund of Ohio, Khurram Shahzad, Mitchell Gregg and Pawan Banjade (see Dkt. Nos. 21 , 23 , 24 , 25 , 26 , 31 ), the Court hereby DISMISSES the corresponding Motions to Consolidate Cases as MOOT (see Dkt. Nos. 12 , 13 , 14 , 15 , 16 , 17 ). SO ORDERED by Magistrate Judge Mitchell J. Katz on 2/24/2025. (kck) (Entered: 02/24/2025) |

| | | |
|---|---|---|
| 02/24/2025 | 34 | ORDER approving the # 32 Stipulation and that the above referenced cases be consolidated with the first filed action (6:24–cv–1395) being designated as the LEAD CASE and the actions subsequently commenced (6:25–cv–46 and 6:25–cv–62) being designated as the member cases. ALL FUTURE CORRESPONDENCE SHALL BE FILED IN THE LEAD CASE ONLY, 6:24–cv–1395. Signed by Magistrate Judge Mitchell J. Katz on 2/24/2025. (kck) (Entered: 02/24/2025) |
| 02/24/2025 | 35 | NOTICES OF ADMISSION REQUIREMENT as to Co–Lead Plaintiffs: Attorneys David A. Rosenfeld, Esq., Juan Carlos Sanchez, Esq., Kenneth P. Dolitsky, Esq., and Junbo Han, Esq. Email addresses are drosenfeld@rgrdlaw.com; jsanchez@rgrdlaw.com; kdolitsky@rgrdlaw.com, and jhao@haolaw.cn. Phone numbers are (631) 367–7100; (619) 231–1058; +86 137–1805–2888. Admissions are due by 3/10/2025. (Attachments: # 1 Notice of Admission Requirement as to Attorneys Juan Carlos Sanchez and Kenneth P. Dolitsky, # 2 Notice of Admission Requirement as to Attorney Junbo Han) {Copies served upon Attorneys via email on 2/24/2025} (kck) (Entered: 02/24/2025) |
| 02/24/2025 | 36 | TEXT ORDER: As previously noted at Dkt. Entry # 11 , the time for Defendants to Answer or otherwise respond to the Complaint has expired. The parties are directed to file a Joint Status Report by 3/3/2025 addressing the status of the case and the expired answer deadline. SO ORDERED by Magistrate Judge Mitchell J. Katz on 2/24/2025. (kck) (Entered: 02/24/2025) |
| 02/27/2025 | 37 | MOTION for Limited Admission Pro Hac Vice of Alan I. Ellman for Plaintiff Dr. Syed M. Alam. $100 fee paid on 2/27/25, receipt no. 27LVSIJO. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Mitchell J. Katz. (ham) Modified on 2/27/2025 (ham). (Entered: 02/27/2025) |
| 02/28/2025 | 38 | MOTION for Limited Admission Pro Hac Vice of David A. Rosenfeld for Defendant Dr. Syed M. Alam. $100 fee paid on 2/28/2025, receipt no. 27M11IN0. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Mitchell J. Katz. (ham) Modified on 2/28/2025 (ham). (Entered: 02/28/2025) |
| 03/03/2025 | 39 | TEXT ORDER granting the # 37 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.** **You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST FILED IN THIS ACTION or you will not receive electronic notifications in the case. SO ORDERED by Magistrate Judge Mitchell J. Katz on 3/3/2025. (kck) (Entered: 03/03/2025) |
| 03/03/2025 | 40 | TEXT ORDER granting the # 38 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.** **You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST FILED IN THIS ACTION or you will not receive electronic notifications in the case. SO ORDERED by Magistrate Judge Mitchell J. Katz on 3/3/2025. (kck) (Entered: 03/03/2025) |
| 03/03/2025 | 41 | NOTICE OF APPEARANCE by Alan Ellman on behalf of Dr. Syed M. Alam (Ellman, Alan) (Entered: 03/03/2025) |

| 03/03/2025 | 42 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. identifying Other Affiliate BlackRock, Inc. for Wolfspeed, Inc... (Adegbile, Debo) (Entered: 03/03/2025) |
|---|---|---|
| 03/03/2025 | 43 | STATUS REPORT *(JOINT)* by Neill P. Reynolds, Wolfspeed, Inc.. (Attachments: # 1 Proposed Order/Judgment Regarding Case Schedule)(Adegbile, Debo) Modified on 3/5/2025 to create a gavel to Order on the Propose Case Schedule (kck). (Entered: 03/03/2025) |
| 03/04/2025 | 44 | MOTION for Limited Admission Pro Hac Vice of Michael G. Bongiorno for Defendants Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. $100.00 fee paid on 3/4/2025, receipt no. 27M6FD5N. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Mitchell J. Katz. (ham) Modified on 3/5/2025 (ham). (Entered: 03/04/2025) |
| 03/04/2025 | 45 | NOTICE OF APPEARANCE by David Rosenfeld on behalf of Dr. Syed M. Alam (Rosenfeld, David) (Entered: 03/04/2025) |
| 03/05/2025 | 46 | ORDER REGARDING CASE SCHEDULE: IT IS HEREBY ORDERED that: a. Lead Plaintiffs shall file a Consolidated Amended Complaint no later than sixty (60) days after the date of this Order; b. Defendants have leave of court to, and shall, file a Motion to Transfer no later than thirty (30) days after the filing of the Consolidated Amended Complaint; c. Lead Plaintiffs shall file any opposition to Defendants' Motion to Transfer no later than thirty (30) days after Defendants' filing of a Motion to Transfer; d. Defendants have leave of court to, and shall, file any reply to Lead Plaintiff's opposition to Defendants' Motion to Transfer no later than fifteen (15) days after the filing of Plaintiffs' opposition; e. Defendants shall file a Motion to Dismiss no later than sixty (60) days after the Court's ruling on the Defendant's Motion to Transfer; f. Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss the Actions no later than sixty (60) days after Defendants' filing of a Motion to Dismiss; g. Defendants shall file any response to Lead Plaintiff's opposition to Defendants' Motion to Dismiss no later than forty–five (45) days after any opposition; h. All other deadlines are stayed; and i. Except as specifically set forth herein, all rights, claims and defenses of the parties are fully preserved. Signed by U.S. Magistrate Judge Mitchell J. Katz on 3/5/2025. (kck) (Entered: 03/05/2025) |
| 03/10/2025 | 47 | MOTION for Limited Admission Pro Hac Vice of Nicole E. Prunetti as to Defendants Gregg A. Lowe, Neill P. Reynolds, and Wolfspeed, Inc. $100 fee paid on 3/10/2025–receipt no. 27MB398J. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Mitchell J. Katz. (ham) Modified on 3/10/2025 (ham). (Entered: 03/10/2025) |
| 03/10/2025 | 48 | MOTION for Limited Admission Pro Hac Vice of Tamar B. Kaplan–Marans for Defendants Gregg A. Lowe, Neill P. Reynolds, and Wolfspeed, Inc. $100 fee paid on 3/10/2025–receipt no. 27MB39EL. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Mitchell J. Katz. (ham) Modified on 3/10/2025 (ham). (Entered: 03/10/2025) |
| 03/13/2025 | 49 | TEXT ORDER granting the # 44 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement.** **You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST FILED IN THIS ACTION or you will not receive electronic notifications in the case. SO ORDERED by Magistrate Judge Mitchell J. Katz on 3/13/2025. (kck) (Entered: 03/13/2025) |
| 03/13/2025 | 50 | TEXT ORDER granting the # 47 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, |

| | | |
|---|---|---|
| | | you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST FILED IN THIS ACTION or you will not receive electronic notifications in the case. SO ORDERED by Magistrate Judge Mitchell J. Katz on 3/13/2025. (kck) (Entered: 03/13/2025) |
| 03/13/2025 | 51 | TEXT ORDER granting the # 48 Motion for Limited Admission Pro Hac Vice. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. <u>You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.</u>** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST FILED IN THIS ACTION or you will not receive electronic notifications in the case. SO ORDERED by Magistrate Judge Mitchell J. Katz on 3/13/2025. (kck) (Entered: 03/13/2025) |
| 03/17/2025 | 52 | NOTICE OF APPEARANCE by Tamar Kaplan−Marans on behalf of Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. (Kaplan−Marans, Tamar) (Entered: 03/17/2025) |
| 03/17/2025 | 53 | NOTICE OF APPEARANCE by Michael Bongiorno on behalf of Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. (Bongiorno, Michael) (Entered: 03/17/2025) |
| 03/17/2025 | 54 | NOTICE OF APPEARANCE by Nicole Elizabeth Prunetti on behalf of Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. (Prunetti, Nicole) (Entered: 03/17/2025) |
| 05/02/2025 | 55 | MOTION for Limited Admission Pro Hac Vice of Michael J. Wernke for Plaintiffs Cai Guangjian, He Jie, and Qiu Shaomei. Filing fee $100, receipt number 27NPL2V5 filed by **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Mitchell J. Katz. (ham) (Entered: 05/02/2025) |
| 05/02/2025 | 56 | NOTICE OF APPEARANCE by Michael J. Wernke on behalf of Cai Guangjian, He Jie, Qiu Shaomei (Wernke, Michael) (Entered: 05/02/2025) |
| 05/05/2025 | 57 | AMENDED COMPLAINT against Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. filed by Qiu Shaomei, He Jie, Cai Guangjian.(Wernke, Michael) (Entered: 05/05/2025) |
| 06/04/2025 | 58 | MOTION to Withdraw as Attorney filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.. Response to Motion due by 6/25/2025 Motions referred to Mitchell J. Katz. (Adegbile, Debo) (Entered: 06/04/2025) |
| 06/04/2025 | 59 | MOTION to Transfer Case filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.. Response to Motion due by 7/4/2025. Reply to Response to Motion due 15 days after the filing of the Response. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Kevin Speirits, # 3 Proposed Order/Judgment Granting Defendants Motion to Transfer Venue) (Bongiorno, Michael) Modified on 6/5/2025 to reflect correct response/reply deadlines. (kck). Modified on 6/5/2025 (kmc) (Entered: 06/04/2025) |
| 06/04/2025 | | Reset Deadlines as to the # 59 MOTION to Transfer Case filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. Pursuant to the # 46 Order Regarding Case Schedule, Plaintiff's Response is due on or before 7/4/2025. Defendant's Reply shall be due 15 days after the filing of Plaintiff's Response. (kck) (Entered: 06/05/2025) |
| 06/09/2025 | 60 | |

| | | TEXT ORDER: Granting the # 58 Motion to Withdraw as Attorney. Attorney Debo P. Adegbile is hereby terminated. SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 6/9/2025. (kck) (Entered: 06/09/2025) |
|---|---|---|
| 07/07/2025 | 61 | RESPONSE in Opposition re 59 Motion to Transfer Case, filed by Dr. Syed M. Alam, Cai Guangjian, He Jie, Qiu Shaomei. (Ellman, Alan) (Entered: 07/07/2025) |
| 07/07/2025 | 62 | AFFIDAVIT in Opposition re 59 MOTION to Transfer Case filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.. filed by Dr. Syed M. Alam, Cai Guangjian, He Jie, Qiu Shaomei. (Attachments: # 1 Exhibit(s) 1– Michael Welch, CPA LinkedIn Profile, # 2 Exhibit(s) 2 – Neil Reitmeyer LinkedIn Profile, # 3 Exhibit(s) 3 – Doug Collignon LinkedIn Profile, # 4 Exhibit(s) 4 – Nick ODonnell LinkedIn Profile)(Ellman, Alan) (Entered: 07/07/2025) |
| 07/08/2025 | Ï | Reset Deadlines as to the # 59 MOTION to Transfer Case filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. Pursuant to the # 46 Order Regarding Case Schedule, the Reply to Response to Motion is due by 7/22/2025. (kck) (Entered: 07/08/2025) |
| 07/08/2025 | 63 | SUGGESTION OF BANKRUPTCY Upon the Record by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.. (Bongiorno, Michael) (Entered: 07/08/2025) |
| 07/09/2025 | 64 | NOTICE by Dr. Syed M. Alam, Cai Guangjian, He Jie, William Maizner, Qiu Shaomei re 63 Suggestion of Bankruptcy *PLAINTIFFS' RESPONSE TO DEFENDANT WOLFSPEED, INC.'S NOTICE OF SUGGESTION OF BANKRUPTCY* (Wernke, Michael) (Entered: 07/09/2025) |
| 07/22/2025 | 65 | REPLY to Response to Motion re 59 Motion to Transfer Case, filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.. (Bongiorno, Michael) (Entered: 07/22/2025) |
| 10/01/2025 | 66 | NOTICE by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. *of Entry of Bankruptcy Confirmation Order and Occurrence of Effective Date* (Bongiorno, Michael) (Entered: 10/01/2025) |
| 10/02/2025 | 67 | TEXT ORDER: The Court has received Defendants Motion to Transfer Case. Dkt. No. 59 . The Motion is hereby referred to the Hon. Mitchell J. Katz, U.S. Magistrate Judge for an order. SO ORDERED by U.S. District Judge Elizabeth C. Coombe on 10/2/2025.(kmc) (Entered: 10/02/2025) |
| 10/03/2025 | Ï | TEXT NOTICE of Hearing on the # 59 MOTION to Transfer Case filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.: A Video Oral Argument Motion Hearing is set for 10/23/2025 at 10:00 AM EST before U.S. Magistrate Judge Mitchell J. Katz. The parties are directed to connect to the conference using the link that has been provided to the parties by separate email. (kck) (Entered: 10/03/2025) |
| 10/16/2025 | Ï | TEXT NOTICE of Hearing on the # 59 MOTION to Transfer Case filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc.: The Video Oral Argument Motion Hearing set for 10/23/2025 is **RESCHEDULED** to 10/29/2025 at 2:30 PM EST before U.S. Magistrate Judge Mitchell J. Katz. The parties are directed to connect to the conference using the link that has been provided to the parties by separate email. (kck) (Entered: 10/16/2025) |
| 10/22/2025 | 68 | NOTICE by Dr. Syed M. Alam, Cai Guangjian, He Jie, William Maizner, Qiu Shaomei (Attachments: # 1 Exhibit(s) A – Joint Notice and Stipulation Voluntarily Dismissing Derivative Action)(Ellman, Alan) (Entered: 10/22/2025) |
| 10/29/2025 | Ï | TEXT Minute Entry for a stenographically–recorded video Oral Argument Motion Hearing conference held on 10/29/2025 before U.S. Magistrate Judge Mitchell J. Katz: Judge Katz indicates that he has reviewed the # 59 Motion to Transfer Case and the subsequent briefing. The Court allows counsel for Plaintiffs and Defense counsel to supplement their arguments and poses a number of questions to the parties throughout the supplemental arguments. A written memorandum–decision and order will be issued in due course. Appearances: Alan Ellman, Esq. for Plaintiffs; Tamar Kaplan–Marans, Esq. and Nicole Prunetti, Esq for Defendants. (Court Reporter: |

| | | |
|---|---|---|
| | | Jodi Hibbard. Time: 2:29 PM – 3:07 PM). (kck) (Entered: 10/30/2025) |
| 10/30/2025 | 69 | TRANSCRIPT REQUEST by Dr. Syed M. Alam for proceedings held on 10/29/2025 before Judge Mitchell J. Katz.. (Ellman, Alan) (Entered: 10/30/2025) |
| 10/31/2025 | 70 | TRANSCRIPT REQUEST by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. for proceedings held on 10/29/2025 before Judge Mitchell J. Katz.. (Prunetti, Nicole) (Entered: 10/31/2025) |
| 11/10/2025 | 71 | TRANSCRIPT of Proceedings: Video Oral Argument held on 10/29/2025 before Judge Mitchell J. Katz, Court Reporter: Jodi L. Hibbard, Telephone number: (315) 234–8547. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2025. Redacted Transcript Deadline set for 12/11/2025. Release of Transcript Restriction set for 2/9/2026. Notice of Intent to Redact due by 11/17/2025 (jlh, ) (Entered: 11/10/2025) |
| 11/11/2025 | 72 | Notice of Related Case by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. submitted to Judge Elizabeth C. Coombe . Objections due by 11/18/2025 (Bongiorno, Michael) (Entered: 11/11/2025) |
| 11/12/2025 | 73 | NOTICE by Dr. Syed M. Alam, Cai Guangjian, He Jie, William Maizner, Qiu Shaomei re 72 Notice of Related Case by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. submitted to Judge Elizabeth C. Coombe *Letter Regarding Factual Development on Motion to Transfer Venue* (Ellman, Alan) (Entered: 11/12/2025) |
| 11/13/2025 | 74 | RESPONSE TO LETTER BRIEF filed by Gregg A. Lowe, Neill P. Reynolds, Wolfspeed, Inc. as to 73 Notice (Other), filed by He Jie, William Maizner, Dr. Syed M. Alam, Qiu Shaomei, Cai Guangjian . (Kaplan–Marans, Tamar) (Entered: 11/13/2025) |
| 11/18/2025 | 75 | TEXT ORDER granting 72 Notice of Related Case. The Court finds 6:25–cv–1448 is related to 6:24–cv–1395. The Clerk is reassigned case 6:25–cv–1448 to U.S. District Judge Elizabeth C. Coombe and Magistrate Judge Mitchell J. Katz for all further proceedings. SO ORDERED by U.S. District Judge Elizabeth C. Coombe on 11/18/2025. (kmc) (Entered: 11/18/2025) |
| 12/22/2025 | 76 | MEMORANDUM–DECISION AND ORDER: It is hereby ORDERED, that Defendants' motion in the Zagami Action under 28 U.S.C. § 1404 to transfer venue of the Zagami Action (6:24–CV–1395, 6:25–CV–46 and 6:25–CV–62) from the Northern District of New York to the Middle District of North Carolina (Dkt. 59 ) is GRANTED, and it is further ORDERED, that the Court is sua sponte transferring the Korr Value Action (6:25–CV–1448) to the Middle District of North Carolina, and it is further ORDERED, that pursuant to 28 U.S.C. § 1406(a), the Clerk shall transfer the Zagami Action (6:24–CV–1395, 6:25–CV–46 and 6:25–CV–62) and the Korr Value Action (6:25–CV–1448) to the United States District Court for the Middle District of North Carolina; and it is further ORDERED, that the Clerk of this Court advise the Clerk of the Court for the Middle District of North Carolina of the entry of this Order and provide all information necessary for the Clerk of the Middle District of North Carolina to electronically access the documents filed in the Zagami Action (6:24–CV–1395, 6:25–CV–46 and 6:25–CV–62) and Korr Value Action (6:25–CV–1448). Signed by U.S. Magistrate Judge Mitchell J. Katz on 12/22/2025. (kck) (Entered: 12/22/2025) |
| 12/22/2025 | | DOCKET ANNOTATION: Pursuant to NYND Local Rule 3.7, this case will be electronically transferred to the Middle District of North Carolina 14 days after the date of the Transfer Order, unless the parties file a joint letter request to transfer the case sooner. (kck) (Entered: 12/22/2025) |