GARY ZAGAMI, Individually and on Behalf of All
Others Similarly Situated,

       *Plaintiff,*

    v.

WOLFSPEED, INC., GREGG A. LOWE, and NEILL
P. REYNOLDS,

       *Defendants.*

Case No. 1:26-cv-00018

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

  Lead Plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam ("Lead Plaintiffs"), Plaintiff William Maizner (together with Lead Plaintiffs, "Plaintiffs"), and Defendants Wolfspeed, Inc. ("Wolfspeed" or the "Company"), Gregg A. Lowe, and Neill P. Reynolds (together with the Company, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully submit the following joint stipulation regarding the case schedule in the above-captioned action (the "Action"). In support thereof, the Parties state as follows:

  WHEREAS, on November 15, 2024, Plaintiff Gary Zagami filed a securities class action complaint captioned *Zagami v. Wolfspeed, Inc., et al.*, No. 6:24-cv-01395 (the "*Zagami* Action") in the U.S. District Court for the Northern District of New York ("N.D.N.Y. Court");

  WHEREAS, on February 24, 2025, the N.D.N.Y. Court issued an order granting Lead Plaintiffs' Motions to Consolidate the *Zagami* Action with two subsequently filed securities class actions captioned *Maizner v. Wolfspeed, Inc. et al.*, No. 6:25-cv-00046 and *Ferreira v. Wolfspeed, Inc. et al.*, No. 6:25-cv-00062, and appointing Lead Plaintiffs;

WHEREAS, on March 5, 2025 the N.D.N.Y. Court issued an Order Regarding Case Schedule (the "March 5th Case Schedule");

WHEREAS, on May 5, 2025, Plaintiffs filed a Consolidated Amended Complaint (the "Amended Complaint");

WHEREAS, on June 4, 2025, Defendants filed a Motion to Transfer Venue, requesting that the Action be transferred to the U.S. District Court for the Middle District of North Carolina ("Motion to Transfer"), on July 7, 2025, Plaintiffs filed an Opposition to the Motion to Transfer, on July 22, 2025, Defendants filed a Reply in Support of the Motion to Transfer, and on October 29, 2025, the N.D.N.Y. Court held a hearing on the Motion to Transfer;

WHEREAS, on December 22, 2025, the N.D.N.Y. Court issued an order granting Defendants' Motion to Transfer the Action to this Court;

WHEREAS, on January 7, 2026, this Action was electronically transferred to this Court;

WHEREAS, this Action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, et seq (the "PSLRA");

WHEREAS, the PSLRA provides that all discovery and other proceedings should be stayed while any motion to dismiss is pending (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, the Parties have met and conferred regarding the March 5th Case Schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel, as follows:

1. Defendants shall file a Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") by February 20, 2026;

2. Plaintiffs shall file any Opposition to Defendants' Motion to Dismiss by April 21, 2026;

3. Defendants shall file any Reply in support of their Motion to Dismiss by June 5, 2026; and

4. The Parties reserve, and expressly do not waive, all rights or defenses not specifically addressed herein.

Dated: January 12, 2026

Respectfully submitted,


*s/ David G. Schiller*
David G. Schiller (NC Bar No. 26713)
SCHILLER & SCHILLER PLLC
304 E. Jones Stret
Raleigh, NC 27601
(919) 789-4677
david@schillerfirm.com

Samuel H. Rudman*
Alan I. Ellman*
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@rgrdlaw.com
aellman@rgrdlaw.com

Jeremy A. Lieberman*
Michael J. Wernke*
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
mjwernke@pomlaw.com

Peretz Bronstein*
BRONSTEIN, GEWIRTZ& GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*s/ Matthew T. Martens*
Matthew T. Martens (NC Bar No. 31665)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington DC 20006
(202) 663-6000
Matthew.Martens@wilmerhale.com

Michael G. Bongiorno*
Tamar Kaplan-Marans*
Nicole E. Prunetti*
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Michael.Bongiorno@wilmerhale.com
Tamar.Kaplan-Marans@wilmerhale.com
Nicole.Prunetti@wilmerhale.com

*Special Appearance pending under L.R. 83.1(d)

*Counsel for Defendants*

3

\*Special Appearance pursuant to L.R. 83.1(d)
forthcoming

*Counsel for Lead Plaintiffs and Plaintiff*
*William Maizner*

IT IS HEREBY ORDERED, this \_\_\_\_ day of _____, 2026.

_____
HONORABLE

Case 1:26-cv-00018-LAF-LPA    Document 93    Filed 01/12/26    Page 4 of 4