**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS <br><br> *Defendants*. | Case No. 1:26-cv-00018-LAF-LPA |

## <u>ORDER</u>

Having considered Defendants' Unopposed Motion to Exceed Word Limitation, the Court finds that good cause exists to exceed the word limitations set forth in Local Rule 7.3(d)(1). Defendants' Motion is therefore GRANTED and Defendants' word limitation for the brief in support of Defendants' Motion to Dismiss is increased from 6,250 words to 9,000 words, Plaintiffs' word limitation for the brief in response to Defendants' Motion to Dismiss is increased from 6,250 words to 9,000 words, and Defendants' word limitation for the Reply brief is increased from 3,125 words to 4,500 words.

IT IS HEREBY ORDERED, this 19th day of February, 2026.

    /s/ L. Patrick Auld    
**L. Patrick Auld**
**United States Magistrate Judge**
