# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff,*

v.

WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS

*Defendants.*

No. 1:26-cv-00018-LAF-LPA

**ORAL ARGUMENT REQUESTED**

## DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED COMPLAINT

Defendants Wolfspeed, Inc. ("Wolfspeed"), Gregg A. Lowe, and Neill P. Reynolds, by and through undersigned counsel, hereby move this Court for an order dismissing the Consolidated Amended Complaint ("Complaint") filed by lead plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam, and plaintiff William Maizner ("Plaintiffs"), with prejudice (the "Motion").

This Motion is brought pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3) ("PSLRA"), on the grounds that the Complaint fails to state a claim under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Among other deficiencies, Plaintiffs fail to plead facts establishing that (1) any challenged statement was false or

1

misleading, or (2) that any Defendant acted with the necessary strong inference of scienter required under the PSLRA.  Defendants rely on their Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, the Declaration of Tamar Kaplan-Marans in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint and the Exhibits attached thereto, their Request for Consideration Under the Incorporation-By-Reference Doctrine or Judicial Notice, and their Memorandum of Law in Support of Defendants' Request for Consideration Under the Incorporation-By-Reference Doctrine or Judicial Notice.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument pursuant to Local Rule 7.3(c)(1). Defendants make this request because they believe that oral argument may assist the Court's consideration of this Motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Michael G. Bongiorno*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Michael G. Bongiorno*
Tamar Kaplan-Marans*
Nicole E. Prunetti*
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel: (212) 230-8800
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com
nicole.prunetti@wilmerhale.com

Matthew T. Martens (NC Bar No. 31665)
1875 Pennsylvania Avenue NW
Washington DC  20006
Tel: (202) 663-6000
matthew.martens@wilmerhale.com

*Notice of Special Appearance filed
pursuant to L.R. 83.1(d)

*Counsel for Defendants*

*/s/ Rebecca K. Lindahl*

**KATTEN MUCHIN ROSENMAN LLP**

Rebecca K. Lindahl (NC Bar No. 35378)
Michaela C. Holcombe (NC Bar No. 50780)
615 S College Street Suite 1700
Charlotte, NC  28202
Tel: (704) 444-2000
rebecca.lindahl@katten.com
michaela.holcombe@katten.com

*Local Counsel for Defendants*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno
