## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff,*

v.

WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS

*Defendants.*

No. 1:26-cv-00018-LAF-LPA

**ORAL ARGUMENT REQUESTED**

## DECLARATION OF TAMAR KAPLAN-MARANS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED COMPLAINT

I, TAMAR KAPLAN-MARANS, declare as follows:

I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendants Wolfspeed, Inc. ("Wolfspeed"), Gregg A. Lowe, and Neill P. Reynolds in the above-captioned action. I am a member in good standing of the Bar of the State of New York and specially appearing before this Court pursuant to Local Rule 83.1(d). I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein. If called as a witness, I could and would competently testify thereto.

I submit this Declaration to place before the Court certain documents and information referenced in the Memorandum of Law in Support of Defendants' Motion to

1

Dismiss the Consolidated Amended Complaint.

**Transcripts of Wolfspeed's Earnings Calls**

1. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript from Wolfspeed's August 16, 2023 Earnings Call for the fourth quarter of fiscal 2023.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript from Wolfspeed's October 30, 2023 Earnings Call for the first quarter of fiscal 2024.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript from Wolfspeed's January 31, 2024 Earnings Call for the second quarter of fiscal 2024.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript from Wolfspeed's May 1, 2024 Earnings Call for the third quarter of fiscal 2024.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript from Wolfspeed's August 21, 2024 Earnings Call for the fourth quarter of fiscal 2024.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript from Wolfspeed's November 6, 2024 Earnings Call for the first quarter of fiscal 2025.

**Wolfspeed's Press Releases**

7. Attached hereto as **Exhibit 7** is a true and correct copy of Wolfspeed's August 16, 2023 earnings press release for the fourth quarter of fiscal 2023.

8. Attached hereto as **Exhibit 8** is a true and correct copy of Wolfspeed's October 30, 2023 earnings press release for the first quarter of fiscal 2024.

9. Attached hereto as **Exhibit 9** is a true and correct copy of Wolfspeed's January 31, 2024 earnings press release for the second quarter of fiscal 2024.

10. Attached hereto as **Exhibit 10** is a true and correct copy of Wolfspeed's May 1, 2024 earnings press release for the third quarter of fiscal 2024.

11. Attached hereto as **Exhibit 11** is a true and correct copy of Wolfspeed's June 24, 2024 press release, published online, which is available at https://www.wolfspeed.com/company/news-events/news/wolfspeed-announces-key-milestones-and-operational-update/ (last accessed February 20, 2026).

12. Attached hereto as **Exhibit 12** is a true and correct copy of Wolfspeed's August 21, 2024 earnings press release for the fourth quarter of fiscal 2024.

### Investor Conferences

13. Attached hereto as **Exhibit 13** is a true and correct copy of the transcript from Wolfspeed's presentation at Morgan Stanley's Technology, Media & Telecom Conference on March 4, 2024.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript from Wolfspeed's presentation at the 52nd Annual J.P. Morgan Global Technology, Media and Communications Conference on May 20, 2024.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript from Wolfspeed's presentation at Citi's 2024 Global TMT Conference on September 4, 2024.

### Wolfspeed's Annual Reports

16. Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt from Wolfspeed's Annual Report on Form 10-K for the fiscal year ending on June 26,

2022, and filed with the U.S. Securities and Exchange Commission ("SEC") on August 22, 2022.

17. Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt from Wolfspeed's Annual Report on Form 10-K for the fiscal year ending on June 25, 2023, and filed with the SEC on August 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 20th day of February, 2026 in New York, New York.

*/s/ Tamar Kaplan-Marans*
Tamar Kaplan-Marans

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael G. Bongiorno

Michael G. Bongiorno