# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*,

v.

WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS

*Defendants.*

No. 1:26-cv-00018-LAF-LPA

**ORAL ARGUMENT REQUESTED**

### DEFENDANTS' REQUEST FOR CONSIDERATION UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR JUDICIAL NOTICE

Defendants Wolfspeed, Inc. ("Wolfspeed"), Gregg A. Lowe, and Neill P. Reynolds, by and through undersigned counsel, hereby request that the Court consider the Exhibits attached to the Declaration of Tamar Kaplan-Marans in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint in adjudicating Defendants' Motion to Dismiss the Consolidated Amended Complaint because they are incorporated by reference and/or integral to Plaintiffs' Consolidated Amended Complaint, subject to judicial notice, or both. In support of this Motion, Defendants rely on their Memorandum of Law in Support of Defendants' Request for Consideration Under the Incorporation-By-Reference Doctrine or Judicial Notice, filed concurrently herewith.

1

Dated: February 20, 2026         Respectfully submitted,

/s/ *Michael G. Bongiorno*

**WILMER CUTLER PICKERING
 HALE AND DORR LLP**

Michael G. Bongiorno*
Tamar Kaplan-Marans*
Nicole E. Prunetti*
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel: (212) 230-8800
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com
nicole.prunetti@wilmerhale.com

Matthew T. Martens (NC Bar No. 31665)
1875 Pennsylvania Avenue NW
Washington DC  20006
Tel: (202) 663-6000
matthew.martens@wilmerhale.com

*Notice of Special Appearance filed
pursuant to L.R. 83.1(d)

*Counsel for Defendants*

/s/ *Rebecca K. Lindahl*

**KATTEN MUCHIN ROSENMAN LLP**

Rebecca K. Lindahl (NC Bar No. 35378)
Michaela C. Holcombe (NC Bar No. 50780)
615 S College Street Suite 1700
Charlotte, NC  28202
Tel: (704) 444-2000
rebecca.lindahl@katten.com
michaela.holcombe@katten.com

*Local Counsel for Defendants*

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno

3