# Appendix A
## Statements Alleged to be False or Misleading in the Consolidated Amended Complaint

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| 1. | Transcript from Wolfspeed's August 16, 2023 Earnings Call for the fourth quarter of fiscal 2023 | ¶ 106 | "[W]*e are still aligned on previous expectations that we will reach 20% utilization out of Mohawk Valley by the end of fiscal 2024," and "it is important to note that it will be the second half of the calendar year 2024 before we see $100 million of quarterly revenue from the fab that the 20% utilization would represent.* This accounts for the time between fab starts and shipments to our customers."[1] |
| 2. | Transcript from Wolfspeed's August 16, 2023 Earnings Call for the fourth quarter of fiscal 2023 | ¶¶ 107–08 | Q: "It's pretty clear that your future growth of the company lies with Mohawk Valley, so maybe you could talk about what you want to see happen in that fab to ramp that facility,…you're talking about a $100 million achievement in the second half of 2024…what do you need to see at the fab to get to that kind of a number?" <br><br> A: "In terms of the ramp of the production and the expectation for the amount of revenue. *Our expectation is that we'll be at 20% utilization by the June quarter.*" |
| 3. | Transcript from Wolfspeed's August 16, 2023 Earnings | ¶ 109 | "*So as we get the 20% towards the end of the year, you wouldn't expect to see the revenue translation of that, as we get a 20% utilization, say, by the June quarter, we wouldn't expect a revenue* |

---

[1] The Consolidated Amended Complaint describes the statements that Plaintiffs challenge as purportedly "materially false and misleading" in ¶¶ 106–09, 113–14, 130, 133–36, 141–43, 146–50, 154–55, 161–62, 169–72, and 177–78. The bolding and italics contained herein are copied from the Consolidated Amended Complaint. Defendants assume that Plaintiffs challenge only those portions of the statements that are so emphasized. Any typographical errors are attributable to the Consolidated Amended Complaint or underlying documents.

1

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | Call for the fourth quarter of fiscal 2023 | | *translation of EPI, the equivalent of $100 million to be sometime after that sometime in the second half of calendar '24.*" |
| 4. | Transcript from Wolfspeed's October 30, 2023 Earnings Call for the first quarter of fiscal 2024 | ¶ 113 | "By the end of this quarter, we will be producing enough material to support 15% utilization at Mohawk Valley, *putting us nicely on track for our goal of 20% utilization by June of 2024*." <br><br> "First off, you're right, Building 10 is in great shape right now. We'll be producing material in this quarter that will be able to support 15% utilization. And obviously, we have 2 quarters after that to get to 20% utilization in Mohawk Valley. *So that's in really great shape…we are on track to 20% utilization in the June quarter*." |
| 5. | Transcript from Wolfspeed's October 30, 2023 Earnings Call for the first quarter of fiscal 2024 | ¶ 114 | "*We are still extremely confident in our ability to achieve 20% utilization in the fab by June*. As we indicated on our last call, there will be a lag between 20% utilization and $100 million of quarterly revenue due to the time between fab starts and shipments to our customers." <br><br> "As you look out at the end of the year, we're still on target to get to 20% utilization…So once we get to the 20% utilization, there'll be a bit of a lag as you work through those cycle times and then you see the revenue that corresponds to that. So in this case, once we get to 20% in that June time frame, we anticipate that being translating from a revenue perspective to about 100 million in revenue. As we get to December quarter next year." |
| 6. | Transcript from Wolfspeed's January 31, 2024 Earnings | ¶ 130 | "*The Mohawk Valley Fab* delivered improved performance *and is on track to achieve 20% utilization in the June quarter.* From a 200-millimeter substrate perspective, there is now ample runway to not only meet but exceed our original utilization target from Building 10 |

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | Call for the second quarter of fiscal 2024 | | on the Durham campus as we're consistently producing high-quality, high-yielding 200-millimeter wafers out of this facility. The additional flexibility will be important as we begin producing substrates in the latter half of this year at The JP. Overall, ***I'm confident about our execution of our near-term operational goals and optimistic around our long-term financial prospects.***"<br><br>"***To give you a sense for the progress at Mohawk Valley, so far***, we've qualified over a dozen customer parts, including 2 of our most complicated automotive devices, as well as the largest device we are currently producing at the facility. ***This gives us more than enough qualified parts to achieve our 20% utilization goal, and we expect to continue to qualify more parts between now and the end of June, further supporting the Mohawk Valley revenue ramp***."<br><br>"We achieved $2.1 billion in design-ins this quarter, marking our third highest quarter on record, ***which clearly indicates continuing and growing robust demand for silicon carbide***."<br><br>"***More importantly, we posted a record of $2.9 billion of design-wins, which were heavily weighted towards EVs and included 28 different electric vehicle models. This diverse customer base across the global electric vehicle industry, with multiple OEMs and Tier 1s, gives us confidence to continue with our expansion plan and further illustrates why we believe our supply will be continuing to work to catch up with demand over the next few years. And these design-wins are just the beginning***."<br><br>"***We are working closely across a diverse set of customers, which gives us good visibility into how the markets are evolving and where we can capitalize on the opportunity.*** Being the leader in silicon |

3

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | carbide, a truly transformative technology, is no easy task. And we are executing on this opportunity with efficiency, purposefulness and thoughtfulness. We look forward to bringing this vision into reality and generating long-term value for all stakeholders." |
| 7. | Transcript from Wolfspeed's January 31, 2024 Earnings Call for the second quarter of fiscal 2024 | ¶ 133 | Q: "Are there still internal bottlenecks operationally keeping you from accelerating?"<br><br>A: "So first off, the team has done -- the team up in Mohawk Valley combined with several -- the teams from Durham that have gone up to Mohawk Valley, has done an incredible job of relieving bottlenecks and fine-tuning the processes, et cetera. So very pleased with the progress we're making, still have a lot to do. But obviously, tripling the revenue and then doubling it again next quarter is fantastic. *We feel great about where we're at with Building 10, obviously, now having an ability to support a greater ramp of 25% is fantastic as well. But as I said in the prepared remarks, we're going to keep the pace of the fab itself at the pace of 20% utilization in the June quarter, $100 million of revenue in the December quarter. We feel real good about that.* But again, from a longerterm perspective, the ability to get more out of the facilities on the Durham campus in terms of supplying Mohawk Valley, *it gives us really good confidence in being able to take that number up higher out in time.*" |
| 8. | Transcript from Wolfspeed's January 31, 2024 Earnings Call for the second quarter of fiscal 2024 | ¶ 134 | Q: A question "concerning the Company's purported 'robust' EV design-in pipeline."<br><br>A: "So this past quarter, we had a record conversion of $2.9 billion to design-win that represented, as I mentioned, there's 28 different unique electric vehicle models that are in there and a whole bunch of other products as well, including a number of industrial and energy |

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | applications. ***So we're really happy and very -- quite frankly, the design-win conversion we just had is quite a stunning number of $2.9 billion. So I feel real good about that conversion. And then the $2.1 billion of design-in gives us confidence that customers are still very excited about our technology and our capability***." |
| 9. | Transcript from Wolfspeed's January 31, 2024 Earnings Call for the second quarter of fiscal 2024 | ¶ 135 | Q: "[I]f I look at what Building 10 is outputting in terms of wafer starts and what you're pulling down on that in Mohawk Valley, my calculation would be that you will have an inventory of wafers over $200 million by June."<br><br>A: "***So you're exactly right that we are shipping out of the Durham facilities up to Mohawk Valley and obviously, we have inventory building up there in anticipation of the ramp. So no question about that as we're trying to get ahead of things. So that's actually good news.***" |
| 10. | Transcript from Wolfspeed's January 31, 2024 Earnings Call for the second quarter of fiscal 2024 | ¶ 136 | "[W]hat that means that there's no real change to the outlook right now. ***The key driver here, as we have talked about, is just ramping the revenue to $100 million by December quarter coming out of Mohawk Valley.*** And clearly, the inventory that we see coming out of Durham and Building 10 gives us good strength and good confidence that we'll have an available number of substrates to go drive that revenue through. So it will really be about how quickly can we get that throughput through the fab and out to customers over that period."<br><br>"Now one other thing I'll mention is we also mentioned on the call here is we should be able to see Durham go from 20% to 25% equivalent utilization by December or towards the end of the year. So what that means is ***we'll be able to go above the $100 million a quarter as you get out into kind of that March, June 2025 time*** |

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | *frame*. So -- and then when The JP starts making meaningful substrate deliveries to Mohawk Valley, probably in the back half of calendar '25, we should have a nice glide path of substrates to support us out through that period. ***So we feel like, obviously, the demand continues to remain strong based on the customers that we have in front of us and it really just be about ramping, delivering substrates to the fab and continuing to drive productivity and output there.***" |
| 11. | Transcript from Wolfspeed's presentation at Morgan Stanley's Technology, Media & Telecom Conference on March 4, 2024 | ¶ 141 | Q: "And the bottom line here is you're quite confident hitting the milestones for Mohawk Valley for the rest of the year" A: "***Yes, yes I am.***" |
| 12. | Transcript from Wolfspeed's presentation at Morgan Stanley's Technology, Media & Telecom Conference on March 4, 2024 | ¶ 142 | Q: A question concerning the "Company's demand." A: "We sort of have a funnel, so to speak, taking the opportunity that we have, the design ins that we have, the design wins that we have and then what the revenue is going to be. And at each of those stages, we take a pretty decent haircut just anticipating that the customer might not make 1 million cars, maybe it's going to be 500,000, or they're taking a brand from a run rate of 100,000 cars to 500,000 cars, and is that really viable. So we take haircuts on that sort of stuff. We do the same thing with our China customers. We have great customers in China, where we've got pretty decent exposure to the auto industry there. But it's sort of in the country's interest to try to foster internal capabilities. So we make an assumption that more of that is going to possibly go away. ***Despite taking all of those sort of judgments, we*** |

6

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | *still have a demand scenario that is substantially higher than our supply for the foreseeable future.*" |
| 13. | Transcript from Wolfspeed's presentation at Morgan Stanley's Technology, Media & Telecom Conference on March 4, 2024 | ¶ 143 | Q: Question regarding "possible shifts in the market between EV and internal combustion vehicles." |
| | | | A: "*First off, it's not going to matter to us because the supply is not meeting the demand right now, so we'll just be able to shift it. There might be a quarter where we're running with this one part and we need to shift it to a different part. We have a lot of fungibility though, so we probably are not going to see that*." |
| | | | "*Yes. It's going to be highly disruptive. Winners, losers. Forecasts are going to be changing. It doesn't really matter to us for the foreseeable future*." |
| 14. | Transcript from Wolfspeed's May 1, 2024 Earnings Call for the third quarter of fiscal 2024 | ¶ 146 | "*We are on track to achieve 20% wafer start utilization in Mohawk Valley by June of this year*. And to give you a sense of the progress we're making *as of April, we are already at more than 16% utilization based on wafer starts per week, making us extremely confident on our ability to achieve our target in June of 2024*." |
| 15. | Transcript from Wolfspeed's May 1, 2024 Earnings Call for the third quarter of fiscal 2024 | ¶ 147 | "While Mohawk Valley, which currently services almost entirely EV customers, is something the I&E market or industrial and energy market remains challenged and remains weaker than our original expectations, primarily due to inventory buildups across many end market channels predominantly in the Asian markets." |
| | | | "*We are responding by shifting I&E capacity both in Durham and Mohawk Valley towards EV. Our ability to shift our production from I&E to EV speaks to the flexibility that our business model provides us*. However, this end market shift and change in product mix will |

7

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | have a short-term headwind on our gross margins, but it will position us well for fiscal 2025, as we could see the start of a recovery for the I&E demand at some point during this period." |
| | | | "*Unlike I&E, we continue to see a ramp of EVs that have adopted our silicon carbide devices.* While this is a disruptive time in industry, and we continue to see OEMs adjusting and modifying their near-term EV production plans, *we remain substantially supply constrained for our silicon carbide devices. As demand remains well above our current supply, we can be nimble and shift much of our supply to other customers to accommodate for these near-term changes.*" |
| | | | "*Underscoring this continued EV demand is our strong design-in and design-win performance this quarter.* As a reminder, a design-in represents business we've been awarded which converts to a design-win once we begin ramping into initial production. This quarter, we achieved approximately $2.8 billion of design-ins, about 80% of which was for EV applications, marking our second highest total on record and totaling over $7 billion of design-ins for fiscal 2024." |
| | | | "In the short term, *we are pivoting our available capacity to EV products, where EV product demand continues to outstrip our available capacity to serve that demand.*" |
| 16. | Transcript from Wolfspeed's May 1, 2024 Earnings Call for the third quarter of fiscal 2024 | ¶ 148 | "We believe that it will be at least the second half of this calendar year before we see inventory levels return to normal. But as we said last quarter, *much of the product we had already produced and slated to ship at the match elsewhere in our pipeline.* And we are continuing to work to find the best match for that inventory now." |

8

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| 17. | Transcript from Wolfspeed's May 1, 2024 Earnings Call for the third quarter of fiscal 2024 | ¶ 149 | Q: "[Y]our comments on demand, which seems strong for you in EV."<br><br>A: "So in terms of the -- how we think about that right now, the end market demand for automotive in terms of EV customers. So there's a lot of changes that Gregg talked about in terms of the OEM landscape. ***The amount of demand still outstrips our supply.*** So it's really important for us to continue to take as much capacity as we can serve those customers." |
| 18. | Transcript from Wolfspeed's May 1, 2024 Earnings Call for the third quarter of fiscal 2024 | ¶ 150 | "***Obviously, we have automotive demand that is higher than our current supply.*** So transitioning that capability from I&E to automotive is a very important customer satisfaction item that we're focused on." |
| 19. | Transcript from Wolfspeed's presentation at the 52nd Annual J.P. Morgan Global Technology, Media and Communications Conference on May 20, 2024 | ¶ 154 | Q: "Just walk us through what you're seeing from customers in the EV market? How would you characterize the EV market demand outlook right now…?"<br><br>A: "Well, I'll start by saying we've actually won a pretty substantial amount of business over the last 5 years. And a lot of that is just in the early phase of transitioning to going into production. From an EV perspective, we've got, I think, 120 different car models from 30 different OEMs going into production over the next couple of years. ***So the talk about a slowing of existing EVs is not what we're in right now. We remain capacity limited. The demand for our product is higher than the capacity we have. And the adoption of silicon carbide has also been substantially higher than we originally anticipated.***" |

9

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | "And the last point I'd make is, just yesterday, Sunday, 1 p.m. I had a customer call, looking for more product this year, more product next year, more product in 2026. *So an increasing demand*." |
| 20. | Transcript from Wolfspeed's presentation at the 52nd Annual J.P. Morgan Global Technology, Media and Communications Conference on May 20, 2024 | ¶ 155 | "*[W]e remain in a situation where the demand for the silicon carbide chips from us remains ahead of what our supply is*" and "*the demand for silicon carbide is higher than the supply*." |
| 21. | Wolfspeed's June 24, 2024 press release | ¶ 161 | "*Mohawk Valley silicon carbide fab has reached 20% wafer start utilization, a critical step in the Company's efforts to meet the growing demand for silicon carbide power devices*."<br><br>"*Having reached our 20% utilization target at Mohawk Valley, we are well-positioned to continue executing our 200mm vertical integration strategy ahead of other market participants*." |
| 22. | Wolfspeed's June 24, 2024 press release | ¶ 162 | "Building 10 Materials facility [at Durham] has achieved its 200mm wafer production target *to support approximately 25% wafer start utilization at the Mohawk Valley fab by the end of calendar year 2024*." |
| 23. | Transcript from Wolfspeed's August 21, 2024 Earnings Call for the fourth quarter of fiscal 2024 | ¶ 169 | "*[T]he market is clearly not valuing the company consistent with our technology, the business we've built or the strategic potential of the business*." |

10

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| 24. | Transcript from Wolfspeed's August 21, 2024 Earnings Call for the fourth quarter of fiscal 2024 | ¶ 170 | "Crystal growth and substrate processing out of Building 10 in Durham continues to scale, and *we expect to be able to support a 25% wafer start utilization at Mohawk Valley in the September quarter*, 1 quarter ahead of plan. As a result of continued productivity improvements, *we are also now expecting Building 10 to support 30% wafer start utilization at Mohawk Valley in the March quarter of 2025.*" |
| | | | "*Our revenue in the EV market continues to be strong because we are just at the beginning of the ramp of our automotive business across several geographies.*" |
| | | | "Our EV revenue in the fourth quarter was up more than 100% year-over-year and is expected to be up approximately 300% year-on-year in fiscal Q1. We are in the very early stages of what might be the most significant transition in the history of the auto industry. This will create a very dynamic environment as the OEMs will continue to adjust their ramp programs across their EV product portfolio." |
| | | | "*Our EV revenue has grown for 3 consecutive quarters despite a declining auto semiconductor market because some of the EV design-ins we've accumulated over the last 5 to 7 years are just beginning to ramp. We achieved an additional $2 billion in design-ins in fiscal Q4, bringing our fiscal 2024 total to over $9 billion of design-ins.*" |
| | | | "Moving on to our guidance for the first quarter of fiscal 2025. We target our revenue to be in the range of $185 million to $215 million. *We target roughly $50 million to $60 million of this revenue to come from Mohawk Valley next quarter*, up more than 34% from the prior |

11

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | quarter and up greater than $50 million year-over-year at the midpoint of our range versus the $4 million we achieved last year at this time." |
| 25. | Transcript from Wolfspeed's August 21, 2024 Earnings Call for the fourth quarter of fiscal 2024 | ¶ 171 | *"[O]utput from Building 10 now able to support 30% wafer start utilization; yields in Mohawk Valley ahead of plan; the economics of Mohawk Valley substantially more compelling than Durham*." |
| 26. | Transcript from Wolfspeed's August 21, 2024 Earnings Call for the fourth quarter of fiscal 2024 | ¶ 172 | *"So I think it's a real testament to the amount of revenue we can absorb through Mohawk Valley when you start making that trade from 150-millimeter to 200- millimeters. So I think here, in the medium term, if we go down that path, I think Mohawk Valley will have significant capability to absorb a lot of that revenue*. And of course, the trade-off from industrial and energy from 150 to 200 is actually a very, very good mix shift from that perspective." <br><br> *"So we believe that the Mohawk Valley fab will really be able to incorporate a lot of that revenue just mentioned,* and we'll -- as we tighten up these plans and give more of an update, we'll let you know how that impacts the long-term model, *but we're clearly bullish on the ability of Mohawk Valley to absorb that*." |
| 27. | Transcript from Wolfspeed's presentation at Citi's 2024 Global TMT Conference on September 4, 2024 | ¶ 177 | Q: "[W]hy do you think your stock price has underperformed by so much this year? What are the investors missing?" <br><br> A: "[G]etting the operations [at MVF] in better shape" has "been a very, very key focus of me. I've been in Mohawk Valley. I've been in our materials factories pretty consistently during this time. And I think one thing that I think is -- not one thing, but several things have happened[.]" |

12

| No. | Document Source | Citation(s) | Statement |
|---|---|---|---|
| | | | "Number one, Mohawk Valley has now turned into a very good asset for us in terms of production quality, yield, et cetera. Feeding Mohawk Valley out of Building 10 has also substantially increased. ***We announced that we hit 20% utilization in Mohawk Valley and that's because Building 10 was able to deliver the material to them. And we also announced on our last earnings call that Building 10 will actually be able to support a 30% utilization in Mohawk Valley, which is a 50% increase off the same number of growers***. So which -- maybe it's not that obvious, but that means our yield out of those growers is 50% better than anticipated. ***The yields in Mohawk Valley are now ahead of where we intended -- not intended, where we expected them to be at this point, and we still have quite a ways to go to get to what we call entitlement yield.***"<br><br>"***So I think there's -- for the last 2 years, there's been a question of, can we get 200- millimeter going? And I think that answer has been -- that question has been answered pretty substantially***." |
| 28. | Transcript from Wolfspeed's presentation at Citi's 2024 Global TMT Conference on September 4, 2024 | ¶ 178 | Q: "How should investors think about risk on utilization ramp like, for example, going from 0% to 20% versus 20% to, let's say, 60%?"<br><br>A: "***So in terms of the things you need to deal with, 0% to 20% is a lot harder than 20% to 40%***. There's no question about it, especially if it's never been done before. And that's what we faced. So all of those machines, as I said, we're seeing silicon carbide for the first time. ***So we anticipate that it will be a smoother ramp from 20% to 40%. And again, we're in the process of improving yields, improving cycle time. So I think we'll -- I think it will be a good -- I think we've got a good plan***." |

13