# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*,

v.

WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS,

*Defendants.*

No. 1:26-cv-00018-LAF-LPA

## JOINT MOTION REGARDING CASE SCHEDULE

Lead Plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam ("Lead Plaintiffs"), Plaintiff William Maizner (together with Lead Plaintiffs, "Plaintiffs"), and Defendants Wolfspeed, Inc. ("Wolfspeed" or the "Company"), Gregg A. Lowe, and Neill P. Reynolds (together with the Company, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully submit this joint motion regarding the case schedule in the above-captioned action (the "Action"). In support thereof, the Parties provide the following background information.

On November 15, 2024, Plaintiff Gary Zagami filed a securities class action complaint captioned *Zagami v. Wolfspeed, Inc., et al.*, No. 6:24-cv-01395 (the "*Zagami* Action") in the U.S. District Court for the Northern District of New York ("N.D.N.Y. Court"). ECF No. 1. The N.D.N.Y. Court issued an order on February 24, 2025, granting

Lead Plaintiffs' Motions to Consolidate the *Zagami* Action with two subsequently filed securities class actions captioned *Maizner v. Wolfspeed, Inc. et al.*, No. 6:25-cv-00046 and *Ferreira v. Wolfspeed, Inc. et al.*, No. 6:25-cv-00062, and appointing Lead Plaintiffs. *See* ECF No. 34.

On March 5, 2025, the N.D.N.Y. Court issued an Order Regarding Case Schedule (the "March 5th Case Schedule"). ECF No. 46. The March 5th Case Schedule ordered that Defendants file a motion to dismiss no later than sixty (60) days after the Court's ruling on Defendants' Motion to Transfer Venue; that Lead Plaintiffs file any opposition to Defendants' motion to dismiss no later than sixty (60) days after Defendants' filing of a motion to dismiss; and that Defendants file any response to Lead Plaintiffs' opposition no later than forty-five (45) days after Lead Plaintiffs' opposition. *Id.*

On May 5, 2025, Plaintiffs filed a Consolidated Amended Complaint (the "Amended Complaint"). ECF No. 57. Defendants filed their Motion to Transfer Venue on June 4, 2025, requesting that the Action be transferred to the U.S. District Court for the Middle District of North Carolina ("Motion to Transfer"); on July 7, 2025, Plaintiffs filed an Opposition to the Motion to Transfer; and on July 22, 2025, Defendants filed a Reply in Support of the Motion to Transfer. ECF Nos. 59, 61, 65. The N.D.N.Y. Court held a hearing on the Motion to Transfer on October 29, 2025.

The N.D.N.Y. Court issued an order on December 22, 2025, granting Defendants' Motion to Transfer the Action to this Court. ECF No. 76. On January 7, 2026, this Action was electronically transferred to this Court. ECF No. 77.

The Amended Complaint asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, et seq (the "PSLRA"), *see* ECF No. 57, which provides that all discovery and other proceedings should be stayed while any motion to dismiss is pending. 15 U.S.C. § 78u-4(b)(3)(B).

The Parties have met and conferred regarding the March 5th Case Schedule. The Parties, by and among the undersigned counsel, respectfully submit this joint motion regarding the case schedule, subject to the Court's approval, as follows:

1. Defendants shall file a Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") by February 20, 2026;

2. Plaintiffs shall file any Opposition to Defendants' Motion to Dismiss by April 21, 2026;

3. Defendants shall file any Reply in support of their Motion to Dismiss by June 5, 2026; and

4. The Parties reserve, and expressly do not waive, all rights or defenses not specifically addressed herein.

Dated: March 2, 2026                           Respectfully submitted,


*/s/ David G. Schiller*                          */s/ Matthew T. Martens*
**SCHILLER & SCHILLER PLLC**              **WILMER CUTLER PICKERING**
David G. Schiller (NC Bar No.               **HALE AND DORR LLP**
26713)                                       Matthew T. Martens (NC Bar No. 31665)
304 E. Jones Stret                           1875 Pennsylvania Avenue NW
Raleigh, NC  27601                           Washington DC  20006
(919) 789-4677                               (202) 663-6000
david@schillerfirm.com                       Matthew.Martens@wilmerhale.com

**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
Samuel H. Rudman*
Alan I. Ellman*
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@rgrdlaw.com
aellman@rgrdlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman*
Michael J. Wernke*
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein**
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

* Notice of Special Appearance filed
pursuant to L.R. 83.1(d)
** Special Appearance forthcoming
pursuant to L.R. 83.1(d)

*Counsel for Lead Plaintiffs and Plaintiff
William Maizner*

Michael G. Bongiorno*
Tamar Kaplan-Marans*
Nicole E. Prunetti*
**WILMER CUTLER PICKERING HALE AND**
**DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Michael.Bongiorno@wilmerhale.com
Tamar.Kaplan-Marans@wilmerhale.com
Nicole.Prunetti@wilmerhale.com

* Notice of Special Appearance filed
pursuant to L.R. 83.1(d)

*Counsel for Defendants*

/s/ Rebecca K. Lindahl
**KATTEN MUCHIN ROSENMAN LLP**
Rebecca K. Lindahl (NC Bar No. 35378)
Michaela C. Holcombe (NC Bar No. 50780)
615 S College Street Suite 1700
Charlotte, NC 28202
Tel: (704) 444-2000
rebecca.lindahl@katten.com
michaela.holcombe@katten.com

*Local Counsel for Defendants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew T. Martens

Matthew T. Martens

5