**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated, | |
| *Plaintiff,* | No. 1:26-cv-00018-LAF-LPA |
| v. | |
| WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS, | |
| *Defendants.* | |

**[PROPOSED] ORDER REGARDING CASE SCHEDULE**

Having considered the Parties' Joint Motion Regarding Case Schedule, the Parties' Motion is GRANTED and IT IS HEREBY ORDERED THAT:

1. Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be February 20, 2026;

2. Plaintiff's deadline to oppose Defendants' motion to dismiss shall be April 21, 2026; and

3. Defendants' deadline to reply to Plaintiff's opposition to the motion to dismiss shall by June 5, 2026.

4. All other deadlines are stayed.

Dated this the _____ day of _____, 2026.

_____
HONORABLE