# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,

        *Plaintiff,*

        v.

WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS,

        *Defendants.*

No. 1:26-cv-00018-LAF-LPA

## ORDER REGARDING CASE SCHEDULE

Having considered the Parties' Joint Motion Regarding Case Schedule, the Parties' Motion is GRANTED and IT IS HEREBY ORDERED THAT:

1. Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be February 20, 2026;

2. Plaintiff's deadline to oppose Defendants' motion to dismiss shall be April 21, 2026; and

3. Defendants' deadline to reply to Plaintiff's opposition to the motion to dismiss shall be June 5, 2026.

4. All other deadlines are stayed.

Dated this, the 16th day of March, 2026.

                        /s/ L. Patrick Auld
                         **L. Patrick Auld**
             **United States Magistrate Judge**