UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:26-cv-00018-LAF-LPA

| | | |
|---|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, Alan I. Ellman, declare under penalty of perjury pursuant to 28 U.S.C. §1746, as

follows:

1.      I am a member of the Bar of the State of New York.  I am a partner in the

law firm Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Qiu Shaomei,

He Jie, Cai Guangjian, and Dr. Syed M. Alam, and plaintiff William Maizner ("Plaintiffs").

I respectfully submit this Declaration in Support of Plaintiffs' Memorandum of Law in

Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the January 29, 2025 press release included in Wolfspeed's Form 8-K filed with the SEC entitled *Wolfspeed Reports Financial Results for the Second Quarter of Fiscal Year 2025*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2026, at Melville, New York.

*/s/ Alan I. Ellman*
ALAN I. ELLMAN
