IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) | |
| | ) | 1:26-cv-18 |
| v. | ) | |
| | ) | |
| WOLFSPEED, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment, **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.**

This the 12th day of August, 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE