**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WOLFSPEED, INC., GREGG A. LOWE, and NEILL P. REYNOLDS,<br><br>Defendants. | NO. 1:26-CV-00018-LAF-LPA<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Court-Appointed Lead Plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam, and plaintiff William Maizner ("Plaintiffs") in the above-captioned matter, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on August 12, 2026 (ECF No. 118); the Memorandum Opinion and Order filed on August 12, 2026 (ECF No. 117), which granted Defendants' motion to dismiss Plaintiffs' Consolidated Amended Complaint; and all prior rulings related to or merged therein.

DATED: September 11, 2026

*/s/ Michael J. Wernke*
MICHAEL J. WERNKE

POMERANTZ LLP
JEREMY A. LIEBERMAN*
MICHAEL J. WERNKE*
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
jalieberman@pomlaw.com
mjwernke@pomlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN*
ALAN I. ELLMAN*
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
aellman@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
CRISTELLE RABBAN
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: 212/432-5100
crabban@rgrdlaw.com

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
PERETZ BRONSTEIN*
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212/697-6484
peretz@bgandg.com

*Counsel for Lead Plaintiffs and Plaintiff William Maizner*

SCHILLER & SCHILLER PLLC
DAVID G. SCHILLER (NC Bar No. 26713)
304 E. Jones Street
Raleigh, NC 27601
Telephone: 919/789-4677
david@schillerfirm.com

*Local Counsel for Lead Plaintiffs and Plaintiff William Maizner*

HAO & HAN LAW FIRM
JUNBO HAO**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024 Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

* Notice of Special Appearance filed pursuant to L.R. 83.1(d)

** Notice of Special Appearance forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael J. Wernke*
MICHAEL J. WERNKE